**EXHIBIT 1**

**11/11/19 - Screenshot from web.archive.org of Ilikead.com**



like media

Home    Promotion

---

## Powerful and stable Source of traffic

absolute  Integrity  Cooperation attitude!


**I LIKE AD**



### User acquisition

Bring together high-quality global traffic and quickly access a large number of high-quality users.

The daily display volume is 100,000 worldwide.

1000+ premium mobile media.



### Traffic delivery

The priority function switches traffic to the demanding user at any time.

Based on each advertisement, analyze the behaviors of different users in different regions and different regions to maximize traffic.



### Cooperation benchmark

Keep improving, fulfilling your duties, and completing your job on time, absolutely eliminating falsification.

---

## ILIKEAD MEDIA INTERNATIONAL CO., LIMITED

---

like media

## Accurate traffic promotion, powerful user installation.

Can satisfy advertisers  Any demand  Believe us, let us win together.

One-stop comprehensive solution to advertisers' overseas promotion needs, from early market proposals (product, operation, team, competitive analysis) to targeted channel allocation (optimizing channel resources, reducing promotion costs), we have the most professional customer service team, Lightning to achieve short-term goals can strategically solve long-term goals

A one-stop full range resolved advertisers promote overseas demand, (the operations, team, competition analysis) and then to the channel allocation (optimized channel resources, reduce marketing costs), we have the most professional customer service Team can lightning to achieve short-term goals to strategy to solve the long-term goal.

» Strong technical support

» Precise human rights orientation

» Global deployment

---

We grow like grass        Growth

Amazing Nature Full HD 1080p : Time Lapse

---

ILIKEAD MEDIA INTERNATIONAL CO., LIMITED

★ Market experienced team configuration complete
★ Global localization marketing resources are abundant
★ Adhere to the promotion of quality
★ Guaranteed sufficient quality traffic throughout the world
★ Have a strong technical team

---

## Over 70,000 Users, Let's See What Some Have To Say?

We love our users and are fully dedicated to keeping their trust by offering

Very good service attitude, meeting the needs of our company promotion, bringing us very high user traffic.

 **Aajant**, Avada Theme

We have tailored a set of promotion solutions for our company, which is very satisfactory and the number of users has increased rapidly.

 **Lucasgriffin**, Avada Theme

The transaction was very enjoyable and the attitude was very sincere and I look forward to our next cooperation.

 **Gojicus**, Avada Theme

---

Copyright 2016 ILIKEAD All Rights Reserved | Powered by Hong Kong Elicu Media International Limited

**EXHIBIT 2**



http://www.ilikead.com/promotion/   Go

2 captures
9 Dec 2016

NOV **DEC** JAN
**09**
2015 **2016** 2017





like media

Home   Promotion   🔍

## Pay Per Install

We can provide huge traffic support, accurate traffic delivery, and traffic sources around the world.

大數據系統

**Use a new model to advertise large, high growth rates and diverse information assets**

- ✔ Insight into customers through web trajectories
- ✔ Drawing for customers through network trajectories
- ✔ User classification description by cookie on cookie technology
- ✔ Realize the effective integration of resources, save network resources and save marketing costs

**Internet media advertising**

——Intelligent delivery, precise marketing

### Redefine the ad and let the world see

Let the ad be given only to the right person

**Massive data for your use**

The unique precision marketing method, high-quality traffic and resource coverage, for the advertisers who pursue the actual effect, truly achieve the maximum benefit with the least amount of money. Enable smarter ad matching and efficient ad resource utilization.

**Be a quality advertising platform**

Let advertising change our lives

Multi-dimensional orientation
- 8 types of directional levels, 9 major directional conditions, into 1000 targeted interest categories
- Close target audience, effectively reduce advertising budget waste
- Really do thousands of people

Rich and varied advertising formats
- Stream advertising
- Screen advertisement
- Banner ad
- Video ad
- Software Installation

Traffic plan
- Global website traffic
- Facebook targeted traffic promotion
- Website quotation
- PC Mobi traffic

contact us:

E-mail: staorsm@ilikead.com
Add: B5-3, 29th Floor, Ning Jin Centre, 7 Shing Yip Street, Kwun Tong, Kowloon, Hong Kong.

I LIKE AD

Copyright 2016 ILIKEAD| All Rights Reserved | Powered by Hong Kong Ellco Media International Limited

**EXHIBIT 3**

# 11/10/19 - Screenshot from LinkedIn



黄涛 (staoism)  **Huang Tao**
推广总监  **Marketing Director**

广州翃亿科技有限公司
**GuangZhou HongYi Technology LLC**

Guangzhou, Guangdong, China · **Contact info**

**Connect** | More...

## Experience

**推广总监**  **Marketing Director**
广州翃亿科技有限公司  **GuangZhou HongYi Technology LLC**
Mar 2016 – Present · 3 yrs 5 mos
中国 广东 广州  **China, GuangDong, GuangZhou**

**EXHIBIT 4**



Connect    More...

**田日红**
CEO - 广州翾亿科技有限公司
Guangzhou City, Guangdong, China · 58 connections ·
**Contact info**

广州翾亿科技有限公司
日本大学

## Experience

**CEO**
广州翾亿科技有限公司
Apr 2015 – Present · 4 yrs 4 mos
广州

翾亿科技 – 专业跨境电商
平台

**CEO**
ILIKEAD MEDIA INTERNATIONAL CO., LIMITED
Jan 2016 – Present · 3 yrs 7 mos
香港及广东
文化传媒，互联网推广

**副总裁**
娱乐世界
Jun 2017 – Present · 2 yrs 2 mos
深圳

**主席**
时尚中国 名人力量
Mar 2017 – Present · 2 yrs 5 mos
广州

**总经理**
BILLY JEANS
Nov 2018 – Present · 9 mos
广州

**Show 1 more experience** ⌄

## Education

**日本大学**
本科, 国际金融
2002 – 2005

**EXHIBIT 5**

Showing 3 results



**LinkedIn Member**
CEO - 广州翃亿科技有限公司
Guangzhou, Guangdong, China

Current: CEO at 广州翃亿科技有限公司
   CEO at GuangZhou HongYi Technology LLC

**LinkedIn Member**
美端商贸有限公司  MeiDuan Business and Trade LLC
Rest of Guangxi, China

Current: 技术总监 at 广州翃亿科技有限公司
Art Director at GuangZhou HongYi Technology LLC



**LinkedIn Member**
推广总监  Marketing Director
Guangzhou, Guangdong, China

Current: 推广总监 at 广州翃亿科技有限公司
Marketing Director at GuangZhou HongYi Technology LLC

**EXHIBIT 6**



**EXHIBIT 7**



**EXHIBIT 8**

# 11/11/19 - webcache.google.com screenshot of mymediaads.com



Advanced search

Sign In    Join    POST NEW AD

MYMEDIADS

Marketing Ads    Job Ads    Companies    About    FAQ

See who's buying/selling traffic now

**OK**

TRAFFIC NEEDED

Grab all the business opportunities
Reach the right audience with us

Highlight your ads
Highlight your company page

**TRY UPGRADES**

staoism .asp

BUYER

| | |
|---|---|
| **Verticals** | Software |
| **Sources** | Other |
| **Basis** | PPI, Other |
| **Platform** | Desktop |
| **Geos** | United Kingdom, United States |

**Need to buy a large number of US desktop installation (PPI)**

hello,
We now have an offer, that requires a lot of US installation (desktop).
Our offer is a plug-in for IE browser, only IE,We need a lot of US desktop installation, we have a good budget,
If you can provide the installation (which can be bundled installation)Please contact me.
Special Note:
1.We do not support advance payment, we have good payment credit.(If you are a company, high credibility, we can consider prepaid Sign the IO protocol)
2.payment method:paypal , WMZ,PM,wire transfer
3.We are currently only interested in PPI (pay per install), other types of traffic are not very interested in. If not PPI, please do not add me.
4.payment cycle:First cooperation daily payment
Cooperation for a long time to pay once a week.

We have the credibility of that, did not deceive anyone, did not deceive a penny.

Looking forward to your contact!

SKYPE:staoism.asp
Email:staosim.asp@gmail.com

👁 187    5 months ago

REVIEWS(0)

USER PROFILE

CONTACT USER

Offer18
Tracking Platform

Performance

Marketing

Software

Starting from

149$

includes

Unlimited Clicks
10,000 Conversions

**SIGNUP TODAY**

💬 3 Comments

Add your comment

**POST COMMENT**

MYMEDIADS

Home    About    Privacy Policy    Terms and Conditions    Contact Us    FAQ    Try Upgrades

All rights reserved 2019 ©



**EXHIBIT 9**

# 11/12/19 - Screenshot of blackhatworld.com/seo/looking-for-us-installations-high-prices.903086/



https://www.blackhatworld.com/seo/looking-for-us-installations-high-prices.903086/

Home ▸ Forums ▸ Making Money ▸ Hire a Freelancer

This website uses cookies to improve service and provide a tailored user experience. By using this site, you agree to this use. See our Cookie Policy

**Looking for US installations, high prices.**
Discussion in 'Hire a Freelancer' started by payinstall, Dec 26, 2016.

Dec 26, 2016                                                                                                    #1

**payinstall**
Newbie

Joined: Mar 21, 2016
Messages:          44
Likes Received:     0

Hello everyone
We need a lot of US installations.Our offer is a plug-in for IE browser, only IE browser.
We have our own statistical procedures, we do not support prepaid, the first cooperation can be paid daily, and then slowly pay a week, two weeks to pay once, we are reputable
It is best for companies to work with us.

Geos:US

rate:0.4-0.6(The more the quantity, the higher the price)


If you are interested, please PM me, or leave your contact information

look forward to your reply😄😄😄

Sign up now!

▼ Main Menu
Home
Main Forum List
Black Hat SEO
White Hat SEO
BHW Newbie Guide
Blogging
Black Hat Tools
Social Networking
Downloads
UnGagged SEO Event
▼ Marketplace
Content / Copywriting
Hosting
Images, Logos & Videos

**EXHIBIT 10**

# 11/12/19 - Screenshot of blackhatworld.com/seo/looking-for-eu-and-us-desktop-installation.1000586/



Home    Forums    Partnerships    Members    Account Upgrades    Advertise    Marketplace

Search Forums    Recent Posts

Search

Home ▸ Forums ▸ Making Money ▸ Hire a Freelancer

Largest Residential Proxy Network in The World    BUY NOW    Exclusive 20% DISCOUNT

GAIN INSIGHT INTO YOUR COMPETITORS' SEO AND PPC STRATEGY!    TRY IT NOW FOR FREE!

This website uses cookies to improve service and provide a tailored user experience. By using this site, you agree to this use. See our Cookie Policy.    ✕

**Looking for Eu and US desktop installation**
Discussion in 'Hire a Freelancer' started by payinstall, Jan 10, 2018.

Sign up now!

▼ Main Menu
Home
Main Forum List
Black Hat SEO
White Hat SEO
BHW Newbie Guide
Blogging
Black Hat Tools
Social Networking
Downloads
UnGagged SEO Event

▼ Marketplace
Content / Copywriting
Hosting
Images, Logos & Videos
Proxies for Sale
SEO - Link building
SEO - Packages
Social Media

Jan 10, 2018    #1

**payinstall**
Newbie

Joined:    Mar 21, 2016
Messages:    44
Likes Received:    0

Hi,
I have an offer, i need the amount of desktop installation in Europe and the United States,

This is my own offer, I am a direct advertiser

I need a lot of European and American desktop installation.

I have my own statistics panel, offer conversion rate of 80% or more, is a good offer.

Whether you are an individual or a company, if you are interested, you can leave your contact information or PM me

Payment: PayPal, wmz ,Transfer

Payment time: the first cooperation daily payment, happy cooperation, pay every Monday

This long-term effective stickers

PS：Do not need WW temporarily, as long as Eu and the US

**EXHIBIT 11**

**11/12/19 - Screenshot of blackhatworld.com/seo/need-us-only-installs-can-anyone-help.831646/**



https://www.blackhatworld.com/seo/need-us-only-installs-can-anyone-help.831646/

This website uses cookies to improve service and provide a tailored user experience. By using this site, you agree to this use. See our Cookie Policy.

**Need US Only Installs --- Can Anyone Help?**
Discussion in 'Pay Per Install' started by payinstall, Mar 21, 2016.

Thread Status: **Not open for further replies.**

Mar 21, 2016

**payinstall**
Newbie

Joined: Mar 21, 2016
Messages: 44
Likes Received: 0

hi, we have a silent installer, does not require the user to set and does not require administrative privileges to enhance And the world is looking for a mixed installation. First, you need to install between 2K-5K. I read a lot PPI network, but the price of some expensive. Although we do not offer low prices but they do have some expensive. So we hope that other companies or individuals may be provided.

**EXHIBIT 12**

11/12/19 - Screenshot of blackhatworld.com/seo/starting-skype-ppi-group-daily-info-update-on-this-thread-all-members-welcome.800125/page-4

Case 3:19-cv-07971 Document 1-1 Filed 12/05/19 Page 24 of 24

← → C ⓘ 🔒 | https://www.blackhatworld.com/seo/starting-skype-ppi-group-daily-info-upc ☆ 🗀 ⬡ ⊙ A ⫶

🗁 › Home › Forums › Making Money › Pay Per Install

· 31 Million Residential IPs · Better Connectivity
· Ultra Fast Speed · Upgrade Architecture

Microleaves
2.0

GAIN INSIGHT INTO YOUR COMPETITORS'
**SEO** AND **PPC** STRATEGY!

TRY IT NOW FOR FREE!

This website uses cookies to improve service and provide a tailored user experience. By using this site, you agree to this use. See our Cookie Policy. ✖

**Sign up now!**

▼ Main Menu

Home

Main Forum List

Black Hat SEO

White Hat SEO

BHW Newbie Guide

Blogging

Black Hat Tools

Social Networking

Downloads

UnGagged SEO Event

▼ Marketplace

Content / Copywriting

Hosting

### Starting skype ppi group! - Daily info update on this thread all members welcome!
Discussion in 'Pay Per Install' started by greengodfather, Nov 6, 2015.

Tags: amonatize   payperinstall   ppi   revenyou

Thread Status: **Not open for further replies.** 🔒

Page 4 of 5  < Prev   1   2   3   **4**   5   Next >

Apr 13, 2016 #61

**payinstall**
Newbie

Joined: Mar 21, 2016
Messages: 44
Likes Received: 0

i am in, SKP: staoism.asp

Advertise on BHW

TEST IT!