1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

13
14
15
16
17
18
19
20
21
22
23
24

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>ILIKEAD MEDIA INTERNATIONAL COMPANY LTD., HUANG TAO, and CHEN RAN CONG,<br>    aka "Chen Xiao Cong,"<br>    aka "Han Xiao Cong,"<br>    aka "Ran Mao Ping,"<br><br>       Defendants. | Case No.:  3:19-CV-07971-SK<br><br>**ORDER GRANTING PLAINTIFF FACEBOOK, INC.'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AS MODIFIED [L.R. 6-3]**<br><br>Current Date:     June 21, 2021<br>Proposed Date:   September 20, 2021<br>Court Room:       C, 15th Floor<br>Judge:                 Hon. Sallie Kim<br><br>FAC Filed:   June 5, 2020<br>Complaint Filed:  December 5, 2019 |

25
26
27
28

# ORDER

Upon review and consideration of Plaintiff's Motion to Continue Initial Case Management Conference, and with good cause appearing therefor, the Court HEREBY ORDERES that the Initial Case Management Conference is continued from June 21, 2021 to August 23, 2021, at 1:30 p.m. If Plaintiff files its motion for default judgment by August 16, 2021, Plaintiff will not be required to file a Case Management Statement and the Court will vacate the Case Management Conference.

**IT IS SO ORDERED.**

DATED: June 8, 2021

By: *Sallie Kim*
SALLIE KIM
United States Magistrate Judge

073923.0000038 EMF_US 85382550v1

1

ORDER GRANTING PLAINTIFF FACEBOOK, INC.'S
MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CASE NO.: 3:19-cv-07971-SK