1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Jeff R. R. Nelson (State Bar No. 301546)
jnelson@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Attorneys for Plaintiff
Meta Platforms, Inc. (f/k/a Facebook, Inc.)

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>ILIKEAD MEDIA INTERNATIONAL COMPANY LTD., HUANG TAO, and CHEN RAN CONG,<br>        aka "Chen Xiao Cong,"<br>        aka "Han Xiao Cong,"<br>        aka "Ran Mao Ping,"<br><br>        Defendants. | CASE NO.:  3:19-CV-07971-SK<br><br>**DECLARATION OF ANN MARIE MORTIMER IN SUPPORT OF PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES AND COSTS**<br><br>FAC Filed:  June 5, 2020<br>Complaint Filed:  December 5, 2019 |

3:19-cv-07971-SK

I, Ann Marie Mortimer, declare as follows:

1.      I am the managing partner of the Los Angeles office at Hunton Andrews Kurth LLP ("Hunton"), attorneys of record for Plaintiff Meta Platforms, Inc. (f/k/a/ Facebook, Inc.) in this action.  I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2.      Pursuant to Civil Local Rule 54-5(b), this declaration accompanies Plaintiff's Motion for Attorneys' Fees.

3.      During the course of this action, Plaintiff has incurred $430,000 in fixed attorneys' fees pursuant to Plaintiff and Hunton's fee arrangement, whereby Plaintiff pays Hunton a fixed monthly fee in addition to preset fixed charges for specific tasks conducted over the course of the litigation.

4.      As Plaintiff seeks only its reasonable fees under a lodestar calculation for Hunton's work related to the initial strategy and investigation, the motion for alternative service, and the motion for default judgment, I include only those hours reasonably expended performing the aforementioned tasks.

5.      Plaintiff attorneys' fees related to the aforementioned tasks total $295,221 for 430.6 hours of work.

6.      The attorneys' fees sought by Plaintiff are based on the work of Jason J. Kim (counsel), Jeff R. R Nelson (senior associate), Brandon M. Marvisi (associate), and Navneet Binning (associate), and myself (partner), among others, to: (1) conduct the initial strategy and investigation, including time spent researching and investigating Defendants and their conduct, researching caselaw and California statutes in connection with drafting the complaint, attempting to serve Defendants on three separate occasions via the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters, Nov. 15, 1965, 20 U.S.T. 361, 658 U.N.T.S. 163 (the "Hague Convention"), and attempting to communicate

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

DECLARATION OF ANN MARIE MORTIMER IN SUPPORT OF
PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES AND COSTS

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

numerous times with Defendants in an attempt to obtain a waiver of service; (2) prepare and file a motion for alternative service; and (3) prepare and file a motion for default judgment and papers in support of its request for fees.

7. Each timekeeper kept daily electronic records of his or her time. In recording their timekeeping entries, attorneys at Hunton are required to specify the client and matter, the nature of the work performed, and the amount of time that they expended on a designated task. I have reviewed Hunton's timekeeping records for this case, and the time referenced in these records reflects the time actually worked on the aforementioned tasks in connection with this matter. Hunton is prepared to produce the timekeeping records for the Court's inspection, as the Court deems appropriate.

8. I spent a total of 22.7 hours with a standard rate of $1,085 per hour in 2021. I am a partner at Hunton and serve as co-head of the firm's commercial litigation practice and am the founder and managing partner of Hunton's Los Angeles office. I oversaw this matter and supervised the preparation of and argued the default judgment motion in this matter, as well as the pending request for attorneys' fees. I am a 1992 graduate of the University of California, Berkeley, School of Law and have over 29 years of litigation experience. I have served as lead counsel in multiple complex litigation matters in the cybersecurity and privacy space. Based on my reading of the relevant caselaw, my overall familiarity with rates charged by peer firms, and my years of experience in this area of law, it is my understanding that my rates, as well as all the rates stated as standard rates for the other attorneys at Hunton, are comparable to the prevailing rates charged by peer firms and attorneys with similar skill, experience, and reputation in the Bay Area.

9. Mr. Kim spent a total of 14 hours with a standard rate of $725 per hour in 2019, 9.2 hours with a standard rate of $745 per hour in 2020, and 48.6 hours with a standard rate of $780 per hour in 2021. Mr. Kim is Of Counsel at Hunton and assisted

DECLARATION OF ANN MARIE MORTIMER IN SUPPORT OF
PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES AND COSTS

in the drafting of the complaint and the preparation and argument of the default judgment motion in this matter, as well as the pending request for attorneys' fees.  Mr. Kim is a 2002 graduate of the Northwestern University School of Law and has approximately 19 years of litigation experience.  Mr. Kim has litigated multiple highly publicized cybersecurity computer fraud, privacy, and data breach actions.  His standard rates reflect the customary hourly charges for a litigator of his experience in the Bay Area.

10.     Mr. Nelson spent a total of 14.8 hours with a standard rate of $610 per hour in 2019, 74.2 hours with a standard rate of $675 per hour in 2020, and 131.3 hours with a standard rate of $725 per hour in 2021.  Mr. Nelson is a senior associate at Hunton and handled the day-to-day management of this case, including communicating with vendors and investigators to attempt to serve Defendants via the Hague Convention, and preparing the motions for alternative service, default judgment, and the instant request for attorneys' fees.  Mr. Nelson is a 2014 graduate from the University of Southern California Gould School of Law and has approximately 7 years of litigation experience.  Mr. Nelson has significant experience handling high-stakes and high-profile litigation, particularly in cybersecurity and data privacy disputes.  His standard rates reflect the customary hourly charges for a litigator of his experience in the Bay Area.

11.     Mr. Marvisi, who was a second-year associate during the time he performed work in this action, spent a total of 92.3 hours with a standard rate of $530 per hour in 2021.  Mr. Marvisi assisted with research and the drafting of the motion for default judgment and the instant memorandum in support of Plaintiff's request for attorneys' fees.  Mr. Marvisi is a 2019 graduate of Duke University School of Law.  Mr. Marvisi's practice focuses on complex litigation, including litigation pertaining to cybersecurity and data privacy.  His standard rate reflects the customary hourly charges for a litigator with his experience in the Bay Area.

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

DECLARATION OF ANN MARIE MORTIMER IN SUPPORT OF
PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES AND COSTS

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

12.     Ms. Binning, who was also a second-year associate during the time she performed work in this action, spent a total of 23.5 hours with a standard rate of $530 an hour in 2021.  Ms. Binning conducted research in preparation for the hearing on Plaintiff's motion for default judgment.  Ms. Binning is a 2019 graduate of the Georgetown University Law Center.  Ms. Binning's practice focuses on complex litigation, including litigation pertaining to cybersecurity and data privacy.  Her standard rate reflects the customary hourly charges for a litigator with her experience in the Bay Area.

13.     For the Court's convenience and to corroborate the foregoing, I have attached as Exhibit 1 the 2020 Partner Compensation Survey published by Major, Lindsey & Africa, which reflects the average hourly standard rates for Am Law 200 firms in Silicon Valley.  The survey aggregates data such as the average hourly billing rates from nearly 50,000 law firms partners at Am Law 200-size firms across the United States.  According to the survey, the 2020 average hourly rate for a partner at an Am Law 200 firm in Silicon Valley was $1,051.

14.     Plaintiff has also incurred $15,977.76 in costs during the course of this litigation.  Plaintiff's costs are likewise electronically maintained.  The costs detailed in the table below are correctly stated, necessarily incurred, and are allowable by law. These costs entail filing fees, costs incurred in attempt to effect service though the Hague Convention, and costs incurred to investigate Defendant Chen Ran Cong's whereabouts.  Plaintiff does not seek to recover costs expended by Plaintiff's counsel but not billed to Plaintiff.

| **Description** | **Expense Incurred** | **Expense Billed** |
| --- | --- | --- |
| Air Express | $43.34 | - |
| Air/Electronic Courier | $101.08 | - |
| Filing Fee | $400 | $400.00 |
| Ground Courier | $134.75 | - |

| | | |
|---|---|---|
| Costs Incurred in Attempt to Effect Service Through Hague Convention, Including Translation of All Initial Court Filings and the FAC into Chinese | $8981.20 | $8981.20 |
| Private Investigator Costs to Investigate Defendant Chen Ran Cong's Whereabouts | $6,596.56 | $6,596.56 |
| Westlaw Computer Research | $8,131.69 | - |
| Other Computer Research | $75.40 | - |
| **Total:** | **$24,464.02** | **$15,977.76** |

14.    No conference of counsel was held pursuant to Civil Local Rule 54-5(b)(1) because Defendants have failed to appear in this action and have defaulted.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 7, 2022 at Los Angeles, California.

<div align="right">

/s/ Ann Marie Mortimer
Ann Marie Mortimer

</div>

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

DECLARATION OF ANN MARIE MORTIMER IN SUPPORT OF
PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES AND COSTS

**EXHIBIT 1**



# 2020
# Partner Compensation Survey

**JEFFREY A. LOWE, ESQ.**
Global Practice Leader, Law Firm Practice
Managing Partner, Washington, D.C.

©2020 Major, Lindsey & Africa LLC.
All rights reserved.
An Allegis Group Company.

**WWW.MLAGLOBAL.COM**



**2** | ©2020 MAJOR, LINDSEY & AFRICA LLC. ALL RIGHTS RESERVED.



# 2020
# Partner Compensation Survey

**JEFFREY A. LOWE, ESQ.**
Global Practice Leader, Law Firm Practice
Managing Partner, Washington, D.C.

# Table of Contents

BACKGROUND ................................................................................................................. 4

THE SURVEY .................................................................................................................. 7

METHODOLOGY ............................................................................................................ 8

STATISTICAL TERMS USED ............................................................................................ 9

KEY FINDINGS ............................................................................................................. 10

IMPACT OF COVID-19 ON COMPENSATION ................................................................ 10

    Impact for 2020 ...................................................................................................... 14

        EXHIBIT 1.1 ORIGINAL EXPECTED IMPACTS ON 2020 COMPENSATION ................... 15

    Partnership Tenure and Partnership Status ............................................................... 15

    Practice Area ........................................................................................................... 15

    City .......................................................................................................................... 16

    Compensation Transparency and Lockstep Type ...................................................... 16

    Gender and Ethnicity .............................................................................................. 16

COMPENSATION, ORIGINATIONS, RECEIPTS, BILLING RATES AND HOURS ................ 17

COMPENSATION ......................................................................................................... 17

    Partnership Tenure and Partnership Status ............................................................... 17

        EXHIBIT 2.1 – AVERAGE TOTAL COMPENSATION BY PARTNER TENURE .................... 18

        EXHIBIT 2.2 – AVERAGE TOTAL COMPENSATION BY PARTNERSHIP STATUS ............... 18

    Practice Area ........................................................................................................... 19

        EXHIBIT 2.3 – AVERAGE TOTAL COMPENSATION BY PRACTICE AREA ....................... 19

    City .......................................................................................................................... 19

        EXHIBIT 2.4 – AVERAGE TOTAL COMPENSATION BY CITY ........................................ 20

    Compensation Transparency and Lockstep Type ...................................................... 20

        EXHIBIT 2.5 – AVERAGE TOTAL COMPENSATION BY COMPENSATION TRANSPARENCY ....................................................................... 21

        EXHIBIT 2.6 – AVERAGE TOTAL COMPENSATION BY LOCKSTEP TYPE ....................... 21

    Gender and Ethnicity .............................................................................................. 22

        EXHIBIT 2.7 – AVERAGE TOTAL COMPENSATION BY GENDER ................................. 22

        EXHIBIT 2.8 – AVERAGE TOTAL COMPENSATION BY ETHNICITY .............................. 23

ORIGINATIONS ..................................................................................................................24

Partnership Tenure and Partnership Status .................................................................................24

      EXHIBIT 3.1 – AVERAGE ORIGINATIONS BY PARTNERSHIP TENURE ..........................24

      EXHIBIT 3.2 – AVERAGE ORIGINATIONS BY PARTNERSHIP STATUS...........................25

    Practice Area.......................................................................................................................25

      EXHIBIT 3.3 – AVERAGE ORIGINATIONS BY PRACTICE AREA ...................................25

    City ....................................................................................................................................26

      EXHIBIT 3.4 – AVERAGE ORIGINATIONS BY CITY ....................................................26

    Compensation Transparency and Lockstep Type ....................................................................27

      EXHIBIT 3.5 – AVERAGE ORIGINATIONS BY COMPENSATION TRANSPARENCY .........27

      EXHIBIT 3.6 – AVERAGE ORIGINATIONS BY LOCKSTEP TYPE ...................................27

    Gender and Ethnicity .........................................................................................................27

      EXHIBIT 3.7 – AVERAGE ORIGINATIONS BY GENDER................................................28

      EXHIBIT 3.8 – AVERAGE ORIGINATIONS BY ETHNICITY ...........................................29

WORKING ATTORNEY RECEIPTS .......................................................................................29

BILLING RATES, DISCOUNTS, BILLABLE HOURS AND NON-BILLABLE HOURS ...................................30

      EXHIBIT 4.1 – AVERAGE BILLING RATE BY FIRM SIZE................................................30

      EXHIBIT 4.2 – AVERAGE BILLABLE HOURS BY FIRM SIZE........................................... 31

      EXHIBIT 4.3 – AVERAGE NON-BILLABLE HOURS BY FIRM SIZE .................................. 31

COMPENSATION SATISFACTION ........................................................................................34

    Satisfaction Ratings............................................................................................................34

      EXHIBIT 5.1A – OVERALL SATISFACTION WITH TOTAL COMPENSATION (2020)**.........**34

      EXHIBIT 5.1B – OVERALL SATISFACTION WITH TOTAL COMPENSATION (2018) ..........34

Partnership Tenure and Partnership Status .................................................................................35

      EXHIBIT 5.2A – SATISFACTION BY PARTNERSHIP TENURE (2020)............................35

      EXHIBIT 5.2B – SATISFACTION BY PARTNERSHIP TENURE (2018) .............................35

      EXHIBIT 5.3 A– SATISFACTION BY PARTNERSHIP STATUS (2020).............................36

      EXHIBIT 5.3B – SATISFACTION BY PARTNERSHIP STATUS (2018) ..............................36

    Practice Area.......................................................................................................................37

      EXHIBIT 5.4A – SATISFACTION BY PRACTICE AREA (2020) .....................................37

      EXHIBIT 5.4B – SATISFACTION BY PRACTICE AREA (2018).......................................37

City ...................................................................................................................38
   EXHIBIT 5.5A – SATISFACTION BY CITY (2020) .....................................38
   EXHIBIT 5.5B – SATISFACTION BY CITY (2018) .....................................38
Compensation Transparency and Lateral Status...................................................39
   EXHIBIT 5.6A – SATISFACTION BY COMPENSATION TRANSPARENCY (2020) ...........39
   EXHIBIT 5.6B – SATISFACTION BY COMPENSATION TRANSPARENCY (2018).............39
   EXHIBIT 5.7A – SATISFACTION BY LATERAL STATUS (2020).....................................39
   EXHIBIT 5.7B – SATISFACTION BY LATERAL STATUS (2018) .....................................39
Total Compensation, Total Originations and Billable Hours ..................................40
   EXHIBIT 5.8A – SATISFACTION BY TOTAL COMPENSATION (2020)......................... 40
   EXHIBIT 5.8B – SATISFACTION BY TOTAL COMPENSATION (2018) .........................40
   EXHIBIT 5.9A – SATISFACTION BY TOTAL ORIGINATIONS (2020) ............................ 41
   EXHIBIT 5.9B – SATISFACTION BY TOTAL ORIGINATIONS (2018) ............................. 41
   EXHIBIT 5.10A – SATISFACTION BY BILLABLE HOURS (2020) ..................................42
   EXHIBIT 5.10B – SATISFACTION BY BILLABLE HOURS (2018) ..................................42
Gender and Ethnicity ..........................................................................................43
   EXHIBIT 5.11B – SATISFACTION BY GENDER (2018) ..............................................43
   EXHIBIT 5.12A – SATISFACTION BY ETHNICITY (2020) ...........................................44
   EXHIBIT 5.12B – SATISFACTION BY ETHNICITY (2018)...........................................45
NOTES ...............................................................................................................46
  About The Author..............................................................................................46
  About Major, Lindsey & Africa ...........................................................................46
  About Acritas ....................................................................................................46
APPENDICES........................................................................................................47
  I – Respondent Profile........................................................................................48
  II – Impact of COVID-19......................................................................................52
  III – Average Total Compensation ......................................................................55
  IV – Average Total Originations .........................................................................57
  V – Average Total Working Attorney Receipts ....................................................59
  VI – Average Billing Rates ................................................................................. 61
  VII – Average Billable Hours...............................................................................63
  VIII – Average Non-Billable Hours......................................................................65
  IX – Satisfaction with Total Compensation........................................................67
QUESTIONNAIRE...................................................................................................75

 ©2020 MAJOR, LINDSEY & AFRICA LLC. ALL RIGHTS RESERVED.

## BACKGROUND

In the summer of 2020, Major, Lindsey & Africa (MLA) launched its 2020 Partner Compensation Survey in partnership with Acritas (part of Thomson Reuters). The Survey, which was sent independently by Acritas to almost 50,000 law firm partners in AmLaw 200-size firms across the United States, was the sixth in a series of groundbreaking, biennial surveys begun by MLA in 2010. The MLA Partner Compensation Survey continues to be the most comprehensive effort ever undertaken to identify ranges of partner compensation, the criteria law firms use in determining partner compensation, and the satisfaction of law firm partners with their compensation and compensation systems.

Given the enormous changes brought about this year by the COVID-19 pandemic, we felt it was more important than ever to continue with the Survey so that we may better understand the pandemic's short-term and long-term impact on partner compensation and satisfaction. Accordingly, this year's Survey also included several new questions relating to the pandemic's effects on partners' draws, base compensation, bonuses and capital contributions. However, mindful of the increased time pressures faced by partners as a result of the pandemic, we shortened other aspects of the 2020 Survey to make it easier to complete, with a greater focus on core metrics. We intend to return to the full Survey in 2022.

This Report provides (i) an overview of the Survey, (ii) the demographic breakdown of the respondents to the Survey, (iii) the impact and expected impact of COVID-19 on 2020 compensation, (iv) selected highlights of compensation and other practice metrics as reported by the respondents, and (v) selected highlights of compensation satisfaction as reported by the respondents.

## THE SURVEY

The Survey consisted of 20 questions (including demographic questions), with the results broken down into four major categories:

1. Demographic information about each respondent and the respondent's law firm, including:

   - Partnership Tenure
   - Partnership Status (i.e., Equity vs. Non-Equity)
   - Primary Practice Area
   - City
   - Lateral Status (i.e., "Homegrown" vs. Lateral)
   - Compensation Transparency (i.e., Open vs. Closed compensation system)
   - Compensation System (i.e., Lockstep vs. Non-lockstep)
   - Age
   - Gender
   - Sexual orientation
   - Ethnicity

2. Objective information about a respondent's compensation and practice metrics for 2019, including:

   - Total compensation
   - Total originations
   - Total working attorney receipts
   - Standard hourly billing rate and discount
   - Total billable hours
   - Total non-billable hours

3. Optional questions about the impact of the COVID-19 pandemic on compensation, including:

   - Percentage impact/expected impact on draw, base compensation, bonuses and capital contributions

4. Subjective information about a respondent's perception of his or her satisfaction with their total compensation.

## METHODOLOGY

This Survey was sponsored and developed by Major, Lindsey & Africa (MLA) in association with Acritas (part of Thomson Reuters), a legal market intelligence and research specialist. By having all correspondence and Survey responses go through Acritas, MLA enabled all respondents to answer confidentially and anonymously. At no time was MLA made aware of respondents' names or firms, either individually or in the aggregate.

Data for this Survey were collected using an online questionnaire hosted by Acritas. Invitations were emailed to 48,883 partners across the United States at Am Law 200-ranked firms. The emailed invitation contained a link which partners could use to access the Survey online. The Survey was open between July 29, 2020, and September 21, 2020. To maximize the response rate, three email reminders, each spaced one to two weeks apart, were also sent.

The recipient list was sourced through an aggregated and vetted online attorney database. A minority of respondents also participated after being notified of the Survey through MLA's own LinkedIn campaign, or via direct invitation from MLA. The questionnaire was developed by MLA and reviewed by Acritas. As an incentive to complete the Survey, respondents were advised that MLA had agreed to make a donation to The Legal Aid Society for each respondent who completed the Survey. Additionally, partners who participated became eligible to receive a $1,500 American Express gift card, which was to be awarded to one respondent who completed the Survey before its close. Acritas randomly selected one respondent to receive this prize after the Survey closed.

A total of 1,271 responses were received from partners practicing across the United States. 165 of the initial emails were returned as undeliverable. Assuming that all remaining partners contacted received the invitation, the overall response rate was 2.21%.

As is customary with surveys of this nature, not every respondent answered every question.

Each data table notes the actual number of respondents for each category. In order to present the data meaningfully, in certain cases individual respondents were grouped into larger categories.

In Questions 8 through 13 of the Survey, respondents were given ranges as response choices. For example, total compensation values were typically grouped in $50,000 ranges (e.g., $800,000 to $850,000). In order to calculate the data for this Report, Acritas used, wherever possible, the midpoint for all responses that were expressed as ranges. In those cases where midpoints were not identifiable (e.g., responses where one parameter of the range was open-ended), Acritas and MLA jointly agreed on values to be used for those responses, applying consistent criteria to previous surveys.

In order to protect respondents' identities, this Report does not disclose any information about any individual or any individual law firm. All information is reported in the aggregate to ensure anonymity. Acritas did not provide the names, email addresses or any other identifying information of individual respondents or any law firm to MLA. At all times, MLA remained blind to the specific sources of the data.

In many instances, this Report compares the results of the 2020 Survey with those of the 2018 Survey. However, it is important to note that prior editions of the Survey were targeted to a broader range of partners (e.g., not only partners at AmLaw 200-size firms, but also those at NLJ 350- and Global 100-size firms). Consequently, Acritas has normalized the 2018 data for the sections of this Report covering Questions 8 through 13 of the Survey (total compensation, total originations, total working attorney receipts, standard hourly billing rate and discount, total billable hours and total non-billable hours) to include only the data from 2018 respondents at AmLaw 200 firms in order to make these comparisons more meaningful. The complete results of the 2018 Survey can be found by clicking here.

*For a detailed profile of the Survey respondents, please refer to **Appendix I – Respondent Profile.***

**STATISTICAL TERMS USED**

The statistical terms used in the Report are defined below.

> › The median (or the 50th percentile) is the middle or central number in a series of numbers arranged in order of value. There are equal numbers of smaller and larger observations.

> › The average (or mean) is the total value of all observations divided by the number of observations.

> › Percentages may not total 100 because of decimal places/rounding.



# Key Findings

## IMPACT OF COVID-19 ON COMPENSATION

70% of respondents reported that they expected COVID-19 to impact their 2020 compensation in some way. However, subsequent to the launch of the Survey in July 2020 and up through the drafting of this Report, many firms began to announce either full or partial restoration of austerity measures (if any) taken by those firms as a result of the pandemic, while others announced further cutbacks. In some instances, firms rolled back some austerity measures while implementing additional cutbacks, particularly for non-timekeeper staff.[1]  Over the course of the summer and into early fall, it became clear that the industry was faring far better than anyone expected during the early part of the pandemic. In fact, by late summer, some firms started indicating that they were even outperforming their strong results from 2019.

Given the fluidity of the situation, MLA independently conducted a mini "flash survey" in November 2020 of the same pool of participants as those invited to participate in the main Survey. Nearly two-thirds of the 134 respondents to the flash survey reported that they did not expect their 2020 compensation to be affected by the pandemic, and of those respondents whose firms enacted austerity measures at the start of the pandemic, 43% reported those austerity measures being reversed completely and 41% reported those measures being reversed in part.

*Accordingly, we believe it is important for readers of this Report to understand that the discussion of COVID-19 in this Report should be viewed in the historical context of how partners were expecting their compensation to be affected by COVID-19 during the initial wave of the pandemic, rather than what partners subsequently expected or actually experienced.*

## COMPENSATION

> Average compensation for all partners was $1,054,000, up 10% from 2018 ($962,000). Median compensation has also increased since 2018 ($625,000 to $675,000).

> Equity partners continue to average more than three times the total compensation of their Non-Equity colleagues ($1,390,000 vs. $432,000). However, for the first time since conducting the Survey, Equity and Non-Equity partners saw similar percentage gains in compensation over 2018: Average compensation for Equity partners rose by 12%, from $1,244,000 to $1,390,000, while Non-Equity partner compensation rose by 11%, from $388,000 to $432,000. Median compensation for Non-Equity partners increased from $325,000 to $375,000 (+15%), and for Equity partners it increased from $875,000 to $975,000 (+11%).

> As in our prior Surveys, male partners' average compensation continues to significantly outpace that of female partners' ($1,130,000 vs. $784,000), though female partners' compensation rose at over twice the rate of male partners' (+15% vs 7%). The average male partner's total compensation is 44% more than the average female partner's, down from the 53% differential reported in our 2018 Survey and in line with the 44% differential reported in 2016.

> The average total compensation for those identifying with a non-White ethnicity is 20% lower than that of White (not Hispanic) partners ($1,046,000 vs. $869,000). Black (not Hispanic) partners reported a 78% increase in compensation, followed by a 16% increase for Asian Pacific (not Hispanic) partners and an 11% increase for White (not Hispanic) partners. Hispanic partners were the only category to report a decline (-18%).

---

1   For a more complete discussion, please see https://www.law.com/americanlawyer/2020/10/22/adjusting-the-covid-19-response-how-law-firms-are-altering-austerity-measures/.

> Among the seven practice areas grouped for purposes of this Report, Labor & Employment partners continue to report the lowest average total compensation ($667,000) and are the only group to actually report a decline from 2018 ($735,000; -9%). Tax & ERISA partners reported the highest total compensation ($1,371,000) and the highest percentage increase (+32%) over 2018. Corporate partners were next highest ($1,282,000), up slightly (+1%) from 2018. IP partners also recorded a significant increase in total compensation, rising 29% to $1,102,000. Litigation and Real Estate partners saw more modest gains of 14% and 10%, respectively.

> The disparity in compensation among cities continues to be pronounced. Average total compensation ranged from a low of $650,000 in Atlanta to a high of $1,658,000 in Palo Alto/Silicon Valley and $1,639,000 in New York. As in 2018, most major cities saw increases, with the exception of Dallas (-32%) and Atlanta (-11%). Palo Alto/Silicon Valley (+40%), Miami (+31%), Philadelphia (+29%) and Boston (+24%) showed the largest gains.

> As in our prior Surveys, partners in Open compensation systems reported significantly higher average compensation ($1,218,000; +14%) compared to partners in Partially Open and Closed systems, and were the only group to report an increase in compensation. Average compensation for partners in Partially Open systems declined 1% to $909,000, and partners in Closed systems saw an 8% decline, to $694,000.

## ORIGINATIONS

> Average originations for all partners were $2,874,000, up 3% from $2,805,000 in 2018. Median originations remained flat at $1,450,000. Equity partners and Non-Equity partners both reported increases in average originations ($4,001,000; +6% and $859,000; +7%, respectively). Thus, Equity partners continue to originate more than four times the amount of business generated by Non-Equity partners, which is consistent with each of our previous Surveys. At the high end, Corporate partners reported average originations of $3,982,000 (+1%), and, on the low end, Labor & Employment partners reported $1,579,000 in originations (a decrease of 13% from 2018).

> Male partners continue to significantly outpace female partners in originations. Male partners reported average originations of $3,116,000, representing a 2% gain over 2018. Female partners, however, after posting an 8% decrease in originations between 2016 and 2018, reported a 19% increase, with average originations of $2,102,000.

> White (not Hispanic) partners averaged $2,888,000 in originations (+6%). Originations for non-White partners were significantly lower ($2,259,000). Black (not Hispanic) partners reported a 33% increase in originations, followed by a 27% increase for Asian Pacific (not Hispanic) partners and a 6% increase for White (not Hispanic) partners. Hispanic partners were the only category to report a decline (-17%).[2]

---

2   The ethnic categories used in the Survey and this Report track those previously used by the American Bar Association. The number of respondents by ethnic category was as follows: White, not Hispanic (931), Black, not Hispanic (47), Hispanic (70), Asian Pacific, not Hispanic (69), American Indian, not Hispanic (0), Native Hawaiian or Pacific Islander, not Hispanic (1), Mixed Races (18). Historically, because of the relatively small number of non-White respondents, it has been difficult to draw statistically meaningful conclusions for those categories. This is also true with regard to other sections of this Report, especially where data is sorted by City, as the fewer the number of respondents, the more susceptible the numbers are to sampling variation. However, we are delighted by the large increase in responses from respondents in the non-White categories and would like to thank the leadership and members of the National Bar Association, the Asian Pacific American Bar Association, the National Hispanic Bar Association and the Diverse Partners Network for promoting the Survey to their members. We look forward to sharing additional data and commentary with these organizations and the entire legal community.

# BILLING RATES AND HOURS

> The average billing rate for all respondents was $827, up $65 (+9%) from 2018. The gap in billing rates between Equity and Non-Equity partners is much smaller than their compensation gap ($902 vs. $689, or a 30% difference in billing rates vs. a 322% difference in compensation). Both groups' average billing rates rose 9% over 2018.

> 37% of partners do not provide a standard discount off their hourly billing rate. Of those who do, the majority give a discount of 15% or less. Only 9% of all partners provide a discount above this figure.

> The average billed time for all partners was 1,680 hours, which is in line with the 2018, 2016 and 2014 averages (1,683, 1,686 and 1,687 hours, respectively), and non-billed time averaged 590 hours, virtually flat with 2018 (589). As in previous years, the level of compensation positively correlates with the number of billable and non-billable hours.

# COMPENSATION SATISFACTION

> Partners' satisfaction with their compensation was robust: 25% classified themselves as Very Satisfied with their current compensation, 39% classified themselves as Moderately Satisfied and 11% as Slightly Satisfied. Conversely, 6% classified themselves as Slightly Dissatisfied, 8% as Moderately Dissatisfied and 5% as Very Dissatisfied. 7% felt Neutral. These numbers reflect an increase in satisfaction and a decrease in dissatisfaction across every measure.

> Nonetheless, the gap between Equity partners' and Non-Equity partners' compensation satisfaction remains wide and is growing, with 32% of Equity partners Very Satisfied compared to 12% of Non-Equity partners, up from 27% and 11%, respectively, in 2018. Conversely, Non-Equity partners were three times as likely to classify themselves as Very Dissatisfied (10% vs. 3%).

> Analyzing the data by Practice Area, Real Estate partners were most likely to classify themselves as Very Satisfied with their compensation (31%), a sharp rise from 13% in 2018, followed by IP partners at 30%, up from 23% in 2018. Tax & ERISA partners reported the next sharpest rise, with 28% classifying themselves as Very Satisfied compared to 18% in 2018. Tax & ERISA partners had the highest proportion of Satisfied partners overall (78%), followed closely by Labor & Employment and Real Estate partners (76% each). In contrast to 2018, every practice had more than 70% of their respondents classifying themselves in one of the Satisfied categories.

> Palo Alto/Silicon Valley had the highest level of partners classifying themselves as Very Satisfied with their compensation (38%), followed by San Francisco (30%). At the other end of the spectrum, only 16% of Philadelphia-based partners reported that they are Very Satisfied. Boston and Washington, D.C./Northern Virginia had the highest proportion of partners selecting one of the Satisfied choices (88% and 83%, respectively). Philadelphia had the highest proportion of partners falling into one of the Dissatisfied categories (35%), followed by Chicago (28%) and Atlanta (24%).

> 24% of female partners reported they were Very Satisfied with their compensation, compared to 25% of male partners – a reduction in the gap from 2018 (19% vs. 23%). At the opposite end, a higher proportion of female partners placed themselves in one of the Dissatisfied categories (24% vs. 17% of males), both of which represent decreases from 2018 (33% and 24%, respectively).

› Although White (not Hispanic) partners once again were most likely to classify themselves in one of the Satisfied categories, all other ethnicities showed strong gains overall compared to 2018. However, Black (not Hispanic) partners were the only group to show a decrease in partners describing themselves as Very Satisfied with their compensation, decreasing from 17% in 2018 to 15% in 2020. Conversely, Black (not Hispanic) partners also showed the greatest decrease (by far) in partners describing themselves as Very Dissatisfied, falling from 17% in 2018 to 4% in 2020.



# Impact of COVID-19 on Compensation

Questions 11a through 11d of the Survey dealt with the impact of COVID-19 on 2019 and 2020 compensation, specifically the impact on partners' draws, base compensation, bonuses and capital contributions. These key metrics were then sorted by the following categories:

1. Partnership Tenure
2. Partnership Status
3. Practice Area
4. City
5. Compensation Transparency

6. Lockstep Type
7. Firm Size
8. Gender
9. Ethnicity

## COVID-19

A total of 1,261 partners answered Question 11a, which addressed the impact of COVID-19 on 2019 compensation, and 1,248 partners answered Question 11b, which addressed the expected impact of the pandemic on their compensation for 2020. Only 10% of partners reported that COVID-19 would have an impact on their 2019 compensation, most likely because by the time the pandemic erupted in March, most partners had probably received all of their 2019 compensation. Conversely, approximately 70% of partners expected an impact on their 2020 compensation. Accordingly, this Report focuses on the 2020 impact.

### Impact for 2020

As noted above, 70% of respondents reported that they expected COVID-19 to impact their 2020 compensation in some way. However, subsequent to the launch of the Survey in July 2020 and up through the drafting of this Report, many firms began to announce either full or partial restoration of austerity measures (if any) taken by those firms as a result of the pandemic, while others announced further cutbacks. In some instances, firms rolled back some austerity measures while implementing additional cutbacks, particularly for non-timekeeper staff.[3] Over the course of the summer and into early fall, it became clear that the industry was faring far better than anyone expected during the early part of the pandemic. In fact, by late summer, some firms started indicating that they were even outperforming their strong results from 2019.

Given the fluidity of the situation, MLA independently conducted a mini "flash survey" in November 2020 of the same pool of participants as those invited to participate in the main Survey. Nearly two-thirds of the 134 respondents to the flash survey reported that they did not expect their 2020 compensation to be affected by the pandemic, and of those respondents whose firms enacted austerity measures at the start of the pandemic, 43% reported those austerity measures being reversed completely and 41% reported those measures being reversed in part.

*Accordingly, we believe it is important for readers of this Report to understand that the discussion below should be viewed in the historical context of how partners were expecting their compensation to be affected by COVID-19 during the initial wave of the pandemic, rather than what they subsequently expected or actually experienced.*

---

3   For a more complete discussion, please see https://www.law.com/americanlawyer/2020/10/22/adjusting-the-covid-19-response-how-law-firms-are-altering-austerity-measures/.

Exhibit 1.1 sets forth respondents' original expected impact on their draws, base compensation, bonuses and capital contributions for 2020.

**EXHIBIT 1.1 ORIGINAL EXPECTED IMPACTS ON 2020 COMPENSATION**



## Partnership Tenure and Partnership Status

COVID-19 was originally anticipated to impact partners across the board, regardless of tenure or status. 68% of Equity partners and 74% of Non-Equity partners anticipated an impact on their 2020 compensation, with similar results across all tenure bands.

While changes to capital contributions were anticipated to be minimal, Equity partners expected to see larger reductions in draw (-14%) than Non-Equity partners (-8%), while Non-Equity partners expected to see larger reductions in both base compensation and bonuses (-11% and -18%, respectively) than Equity partners (-8% and -11%, respectively). Notably, the most junior partners expected the greatest reduction in their bonuses (-19% vs. -11% for all other tenure bands).

## Practice Area

Among the seven practice areas grouped for purposes of this Report, Real Estate and Labor & Employment partners were most likely to expect the pandemic to impact their 2020 compensation (76% and 74%, respectively), and at least two-thirds of every other practice area also expected their 2020 compensation to be impacted.

Partners falling into the "Other" category expected the largest bonus reduction (-18%), followed by Litigation (-16%), Real Estate and Labor & Employment (-13% each). Tax & ERISA partners anticipated the largest decrease on their draw (-14%).

## City

There was wide disparity in the expected impact of COVID-19 across major cities, and the number of respondents in the smaller metropolitan areas was relatively low, making it difficult to draw meaningful conclusions for those cities.

Of the larger metropolitan areas, Chicago partners were most likely to expect COVID-19 to impact their compensation (82%), rising to 89% and 87%, respectively, for the smaller cities of Minneapolis and Seattle. Conversely, partners in Washington, D.C. (58%), Houston (58%) and Palo Alto/Silicon Valley (59%) were much less likely to expect an impact.

Although the percentage of Houston partners expecting a negative impact on their compensation was relatively low, those Houston partners who did anticipate a negative impact reported the greatest negative expected impact in three out of four categories: bonus reduction (-32%), draw (-22%) and base compensation (-11%), compared to overall averages of -13%, -12% and -9%, respectively.

## Compensation Transparency and Lockstep Type

When sorted by Lockstep Type, only 36% of those partners identifying as Pure Lockstep expected COVID-19 to impact their compensation (however, only 14 partners identified within this group). The expectations of Generally Lockstep and Not Lockstep at All partners were very similar at 68% and 71%, respectively.

Sorting the data by Compensation Transparency revealed virtually no difference in expectations among partners in Open (70%), Partially Open (69%) and Closed (70%) compensation systems. However, those in Closed systems anticipated a much larger impact on their bonus (-21%) than average (-13%).

## Gender and Ethnicity

Male partners (68%) were slightly less likely to expect a negative impact on their compensation than female partners (74%). Notably, female partners expecting a negative impact anticipated a higher level of impact across all categories (draw, base compensation, anticipated bonus and increases in capital) compared to male partners.

Of those partners who identified as White (not Hispanic), Black (not Hispanic), Hispanic or Asian Pacific (not Hispanic), White (not Hispanic) partners were slightly less likely to expect an impact on their draw and base compensation, and Hispanic partners were much more likely to expect an impact on their bonus than the other categories.

*For the complete results, please refer to **Appendix II – Impact of COVID-19.***

# Compensation, Originations, Receipts, Billing Rates and Hours

Questions 8 through 13 of the Survey (excluding the optional COVID-19 questions discussed above) dealt with the principal practice metrics of the respondents for the 2019 fiscal year, and address total compensation, total originations, total working attorney receipts, standard hourly billing rate, standard billing rate discount, total billable hours and total non-billable hours. These key practice metrics were then sorted by the following categories:

1. Partnership Tenure
2. Partnership Status
3. Practice Area
4. City
5. Compensation Transparency
6. Lockstep Type
7. Firm Size
8. Gender
9. Ethnicity

## COMPENSATION

A total of 1,261 partners provided their compensation data, with reported compensation ranging from less than $150,000 (5 respondents) to more than $8,000,000 (5 respondents). Average compensation for all partners was $1,054,000, up 10% from 2018 ($962,000). Median compensation has also increased since 2018 (from $625,000 to $675,000).[4]

### Partnership Tenure and Partnership Status

As in previous MLA Partner Compensation Surveys, when sorted by Partnership Tenure, average compensation climbs steadily by tenure grouping, from an average of $529,000 for those in the 1-5 year category up to $1,375,000 for those in the 20+ year category. All of the groupings show an increase: 1-5 years (+1%), 6-10 years (+10%), 11-20 years (+21%) and 20+ years (+8%), though the percentage differences among the various tenure bands is much more disparate than in prior years.

GRAPH ON NEXT PAGE ›

---

4   It is important to note that prior editions of the Survey were targeted to a broader range of partners (e.g., not only partners at AmLaw 200-size firms, but also those at NLJ 350- and Global 100-size firms). Consequently, Acritas has normalized the 2018 data for the sections of this Report covering total compensation, total originations, total working attorney receipts, standard hourly billing rate and discount, total billable hours and total non-billable hours to include only the data from 2018 respondents at AmLaw 200 firms in order to make these comparisons more meaningful. However, the Appendices to this Report include both the actual and the normalized data for 2018. This normalized data is reflected in the included charts as "2018 cc."



**EXHIBIT 2.1 – AVERAGE TOTAL COMPENSATION BY PARTNER TENURE**



As in our 2018 Survey, Equity partners continue to average more than three times the total compensation of their Non-Equity colleagues ($1,390,000 vs. $432,000). While the vast majority of Non-Equity partners earn less than $500,000, Equity partner pay levels show greater spread: 48% of Equity partners report total compensation of over $1 million, compared to only 3% of Non-Equity partners. For the first time since conducting the Survey, Equity and Non-Equity partners saw similar percentage gains in compensation: Average compensation for Equity Partners rose by 12% over 2018, from $1,244,000 to $1,390,000, while Non-Equity partner compensation rose by 11%, from $388,000 to $432,000. Median compensation for Non-Equity partners increased from $325,000 to $375,000, and for Equity partners increased from $875,000 to $975,000.

**EXHIBIT 2.2 – AVERAGE TOTAL COMPENSATION BY PARTNERSHIP STATUS**





## Practice Area

Among the seven practice areas grouped for purposes of this Report, Labor & Employment partners continue to report the lowest average total compensation ($667,000) and are the only group to actually report a decline from 2018 ($735,000; -9%). Tax & ERISA partners reported the highest total compensation ($1,371,000) and the highest percentage increase (+32%) over 2018. Corporate partners were next highest ($1,282,000), up slightly (+1%) from 2018. IP partners also recorded a significant increase in total compensation, rising 29% to $1,102,000. Litigation and Real Estate partners saw more modest gains of 14% and 10%, respectively.

**EXHIBIT 2.3 – AVERAGE TOTAL COMPENSATION BY PRACTICE AREA**



–– Average (All Respondents) = $1,054M
···· Median  (All Respondents) = $675K



## City[5]

The disparity in compensation among cities continues to be pronounced. Average total compensation ranged from a low of $650,000 in Atlanta to a high of $1,658,000 in Palo Alto/Silicon Valley and $1,639,000 in New York. As in 2018, most major cities saw increases, with the exception of Dallas (-32%) and Atlanta (-11%). Palo Alto/Silicon Valley (+40%), Miami (+31%), Philadelphia (+29%) and Boston (+24%) showed the largest gains.

**EXHIBIT 2.4 – AVERAGE TOTAL COMPENSATION BY CITY**



## Compensation Transparency and Lockstep Type

As in our prior Surveys, partners in Open compensation systems reported significantly higher average compensation ($1,218,000; +14%) compared to partners in Partially Open and Closed systems, and were the only group to report an increase in compensation. Average compensation for partners in Partially Open systems declined 1%, to $909,000, and partners in Closed systems saw an 8% decline, to $694,000.

When sorted by Lockstep Type, Pure Lockstep[6] partners reported average compensation of $1,989,000 (+267% increase over 2018, which ably demonstrates how small populations can significantly skew results). Average compensation for Non-Lockstep and Generally Lockstep partners rose a more modest 8% each, to $1,056,000, and $985,000, respectively.

---

5   The 15 cities shown in the exhibit below were chosen based on their total response counts. All cities had at least 30 respondents (with the exception of Miami and Minneapolis at 26 and 27, respectively), and New York, Washington, D.C., and Chicago each had over 100 respondents

6   Because the population size for the Pure Lockstep category (14 respondents) is much lower than for the other categories, which had 1,046 (Non-Lockstep) and 192 (Generally Lockstep) responses, it is difficult to draw meaningful conclusions for this category due to potential greater sampling variance in the reported data.

**EXHIBIT 2.5 – AVERAGE TOTAL COMPENSATION BY COMPENSATION TRANSPARENCY**



**EXHIBIT 2.6 – AVERAGE TOTAL COMPENSATION BY LOCKSTEP TYPE**



## Gender and Ethnicity

As in our prior Surveys, when data are sorted by gender, male partners' average compensation continues to significantly outpace that of female partners ($1,130,000 vs. $784,000), though female partners' compensation rose at over twice the rate of male partners (+15% vs. 7%). The average male partner's total compensation is 44% more than the average female partner's, down from the 53% differential reported in our 2018 Survey and in line with the 44% differential reported in 2016.

The ethnic categories used in the Survey and this Report track those previously used by the American Bar Association. The number of respondents by ethnic category was as follows: White, not Hispanic (931), Black, not Hispanic (47), Hispanic (70), Asian Pacific, not Hispanic (69), American Indian, not Hispanic (0), Native Hawaiian or Pacific Islander, not Hispanic (1), Mixed Races (18). Historically, because of the relatively small number of non-White respondents, it has been difficult to draw statistically meaningful conclusions for those categories.[7] This is also true with regard to other sections of this Report, especially where data is sorted by City, as the fewer the number of respondents, the more susceptible the numbers are to sampling variation. However, we are delighted by the large increase in responses from respondents in the non-White categories and would like to thank the leadership and members of the National Bar Association, the Asian Pacific American Bar Association, the National Hispanic Bar Association and the Diverse Partners Network for promoting the Survey to their members. We look forward to sharing additional data and commentary with these organizations and the entire legal community.

The average total compensation for those identifying with a non-White ethnicity is 20% lower than that of White (not Hispanic) partners ($1,046,000 vs. $869,000). Black (not Hispanic) partners reported a 78% increase in compensation, followed by a 16% increase for Asian Pacific (not Hispanic) partners and an 11% increase for White (not Hispanic) partners. Hispanic partners were the only category to report a decline (-18%).

### EXHIBIT 2.7 – AVERAGE TOTAL COMPENSATION BY GENDER



---

7   In 2018, the number of respondents by ethnic category was as follows: White, not Hispanic (1,030), Black, not Hispanic (24), Hispanic (29), Asian Pacific, not Hispanic (55), American Indian, not Hispanic (1), Native Hawaiian or Pacific Islander, not Hispanic (2), Mixed Races (22).

 ©2020 MAJOR, LINDSEY & AFRICA LLC. ALL RIGHTS RESERVED.

**EXHIBIT 2.8 – AVERAGE TOTAL COMPENSATION BY ETHNICITY**

–– Average (All Respondents) = $1,054M
···· Median (All Respondents) = $675K



For the complete results, please refer to **Appendix III – Average Total Compensation.**



# ORIGINATIONS

A total of 1,146 respondents provided their originations data, with reported originations ranging from less than $100,000 (79 respondents) to more than $30 million (8 respondents). Average originations for all partners were $2,874,000, up 3% from $2,805,000 in 2018. Median originations remained flat at $1,450,000.

## Partnership Tenure and Partnership Status

Unlike in 2018, where originations increased for partners in all groupings, the results for 2020 were mixed. The biggest increase was for those in the 11-20-year grouping ($3,712,000; +16%), followed by those in the 1-5 year grouping ($953,000; +7%). Those in the 6-10 year grouping and 20+ years grouping both showed modest declines ($2,600,000; -3% and $3,925,000; -2%, respectively).

**EXHIBIT 3.1 – AVERAGE ORIGINATIONS BY PARTNERSHIP TENURE**



Equity partners and Non-Equity partners both reported increases in average originations ($4,001,000; +6% and $859,000; +7% respectively). Thus, Equity partners continue to originate more than four times the amount of business generated by Non-Equity partners, which is consistent with each of our previous Surveys. Median originations for Equity partners were $2,350,000, up 4% since 2018 ($2,250,000), while the median for Non-Equity partners increased substantially to $650,000, up 18% from 2018 ($550,000).

**EXHIBIT 3.2 – AVERAGE ORIGINATIONS BY PARTNERSHIP STATUS**



## Practice Area

At the high end, Corporate partners reported average originations of $3,982,000 (+1%), and on the low end, Labor & Employment partners reported $1,579,000 in originations (a decrease of 13% from 2018). Tax & ERISA partners, who reported the lowest average originations in 2016 followed by a substantial rise in 2018 (from $1,100,000 to $2,291,000), reported a 56% decrease in originations for 2020 ($1,600,000). IP partners reported the largest percentage increase overall, up 24% ($3,133,000), with Litigation partners reporting the next highest percentage rate growth (+7%; $2,702,000).

**EXHIBIT 3.3 – AVERAGE ORIGINATIONS BY PRACTICE AREA**



## City

Origination trends by City tended to follow compensation trends. Average originations ranged from a low of $1,671,000 in Atlanta (-29%) to a high of $6,010,000 in Palo Alto/Silicon Valley (+95%, albeit based on a relatively low number of partners). Surprisingly, Boston was next highest, rising 25% to $4,427,000, with New York slightly behind at $4,161,000 (+4%). Other cities posting remarkable jumps in originations include Philadelphia (+48%; $3,940,000), Miami (+45%; $2,310,000) and Seattle (+37%; $3,026,000).

Dallas reported the largest percentage decline in originations (-43%; $2,555,000), followed by Los Angeles (-32%; $3,022,000) and Atlanta (noted above).

### EXHIBIT 3.4 – AVERAGE ORIGINATIONS BY CITY



## Compensation Transparency and Lockstep Type

Partners in Open compensation systems ($3,381,000; +8%) continued to report average originations much higher than their Partially Open ($2,094,000; -23%) and Closed compensation system ($1,915,000; -9%) counterparts. In fact, Open compensation system partners were the only ones to report an increase in originations. We continue to believe the wide disparity in originations among these groups accounts for much of the disparity in these groups' respective average compensation. Partners at firms which are Generally Lockstep recorded a decrease ($2,245,000; -18%), with Non-Lockstep partners recording an increase ($2,930,000; +3%). Only 11 partners from Pure Lockstep firms reported originations.

**EXHIBIT 3.5 – AVERAGE ORIGINATIONS BY COMPENSATION TRANSPARENCY**



**EXHIBIT 3.6 – AVERAGE ORIGINATIONS BY LOCKSTEP TYPE**



## Gender and Ethnicity

Male partners continue to significantly outpace female partners in originations. Male partners reported average originations of $3,116,000, representing a 2% gain over 2018. Female partners, however, after posting an 8% decrease in originations between 2016 and 2018, reported a 19% increase, with average originations of $2,102,000.

As we noted in our 2018 Report, regression analysis suggests that 75% of variation in compensation is accounted for by originations and hourly rate. Given that male partners' average originations are 48% higher than female partners', and that male partners' average hourly rate is 10% higher than female partners', there is little wonder why the average compensation for male partners is 44% higher than female partners. Thus, the question remains: why are male partners' originations and hourly rates higher?

White (not Hispanic) partners averaged $2,888,000 in originations (+6%). Originations for non-White partners were significantly lower ($2,259,000). Black (not Hispanic) partners reported a 33% increase in originations, followed by a 27% increase for Asian Pacific (not Hispanic) partners and a 6% increase for White (not Hispanic) partners. Hispanic partners were the only category to report a decline (-17%).

**EXHIBIT 3.7 – AVERAGE ORIGINATIONS BY GENDER**





**EXHIBIT 3.8 – AVERAGE ORIGINATIONS BY ETHNICITY**



*For the complete results, please refer to **Appendix IV – Average Total Originations.***

# WORKING ATTORNEY RECEIPTS

A total of 1,081 respondents provided their working attorney receipts (WAR) data, with reported WAR ranging from less than $100,000 (9 respondents) to over $4 million (30 respondents).

Average WAR for all respondents was $1,251,000, up less than 1% from 2018 ($1,246,000).

Equity partners' average WAR increased 3% ($1,413,000), while Non-Equity partners posted a 1% decrease ($964,000), and the disparity in total compensation continues to suggest that originations rather than billable hours/WAR continue to have a greater bearing on compensation levels.

The results among practice areas were mixed. Labor & Employment partners posted the biggest decline of the enumerated practice areas (-7%; $969,000), with Tax & ERISA partners reporting both the biggest percentage increase and the highest dollar amount (+18%; $1,614,000).

Despite male partners earning significantly more than female partners, their WAR remains fairly close, at $1,286,000 (+1%) and $1,134,000 (+3%), respectively.

WAR trends by tenure varied, ranging from +11% since 2018 for partners 6-10 years to -4% for partners 1-5 years. Those in Open compensation systems also recorded an increase (+5%), with Partially Open systems and Closed system partners reporting decreases of 3% and 11%, respectively.

*For the complete results, please refer to **Appendix V – Average Total Working Attorney Receipts.***

# BILLING RATES, DISCOUNTS, BILLABLE HOURS AND NON-BILLABLE HOURS

1,267 respondents provided their hourly billing rate data. Hourly billing rates ranged from less than $50 (1 respondent) to greater than $1,900 (1 respondent), though the majority (51%) had a standard rate between $550 and $999. 28% bill over $1,000, an increase from 19% billing over $1,000 in 2018. The average billing rate for all respondents was $827, up $65 (+9%) from 2018.

The gap in billing rates between Equity and Non-Equity partners is much smaller than their compensation gap ($902 vs. $689, or a 30% difference in billing rates vs. a 322% difference in compensation). Both groups' average billing rates rose 9% over 2018.

37% of partners do not provide a standard discount off their hourly billing rate. Of those who do, the majority give a discount of 15% or less. Only 9% of all partners provide a discount above this figure.

Reported billable hours ranged from 1,000 hours or below (63 respondents) to 3,000 hours or more (1 respondent).  Reported non-billable hours ranged from 50 hours or below (19 respondents) to 1,000 hours or more (239 respondents).

The average billed time for all partners was 1,680 hours, which is in line with the 2018, 2016 and 2014 averages (1,683, 1,686 and 1,687 hours, respectively), and non-billed time averaged 590 hours, virtually flat with 2018 (589). As in previous years, the level of compensation positively correlates with the number of billable and non-billable hours.

## EXHIBIT 4.1 – AVERAGE BILLING RATE BY FIRM SIZE

−− Average (All Respondents) = $827
···· Median  (All Respondents) = $812



**EXHIBIT 4.2 – AVERAGE BILLABLE HOURS BY FIRM SIZE**



**EXHIBIT 4.3 – AVERAGE NON-BILLABLE HOURS BY FIRM SIZE**



Below are highlights of selected billing rates, billable hours and non-billable hours data.

**Billing Rates**

> In contrast to 2018, when results were more varied, all practices reported an increase in billing rates this year.

> Tax & ERISA, IP and Litigation partners reported the highest percentage increases in billing rates (+19%, +19% and +10%, respectively), with Tax & ERISA partners becoming the first to break the $1,000 average hourly billing rate ($1,041).

> Despite showing an increase of 6%, Labor & Employment partners still reported the lowest rate of all practice groups ($656).

> Virtually all cities reported an increase in billing rates, with the biggest percentage increases in Palo Alto/Silicon Valley (+21%; $1,051), Miami (+13%; $739) and Los Angeles (+12%; $933). Palo Alto/Silicon Valley had the second highest rates behind New York ($1,088; +9%), with D.C./Northern Virginia coming in third highest ($988; +10%). Only Dallas, Atlanta and Minneapolis reported a decline in rates (-2%; $817, -1%; 634, and -1%; $617, respectively).

> Female partners' average hourly billing rate increased by 10%, rising $70 to $766. Male partners' average hourly billing rate increased by a smaller percentage (+7%) to $841, slightly narrowing the gap in billing rates from 13% in 2018 to 10% in 2020.

**Billable Hours**

> Equity and Non-Equity partners averaged roughly the same number of billable hours (1,685 vs. 1,672), virtually identical to the 2018 results.

> No practice area reported a dramatic change in the number of billable hours, with Litigation partners showing the biggest increase (+2%) and IP partners showing the biggest decrease (-4%). Litigation partners once again averaged the most billable hours of all practice areas (1,772), consistent with results from previous Surveys.

> Changes in billable hours by city were also generally small in scale. Dallas reported the biggest increase (+7%), followed by Miami (+6%) and Boston (+5%). Seattle reported the largest decrease (-5%), followed by Chicago (-4%) and Atlanta (-3%).

> Billable hours ranged from a high of 1,788 in Philadelphia to a low of 1,547 in Seattle.

> Male and female partners reported billable hours of 1,693 and 1,636, respectively, which again represent minute changes for both groups compared to 2018 (-0.6% for males and +0.2% for females).

> Once again, partners in Closed compensation systems reported a higher number of billable hours (1,719) than partners in Partially Open (1,665) and Open (1,669) systems.

**Non-Billable Hours**

> Equity partners continue to report a higher number of non-billable hours than Non-Equity partners (618 vs. 538), though the gap has narrowed. Non-billable hours by Equity partners fell 2%, compared to an 8% increase by Non-Equity partners.

> Changes in non-billable hours among partnership tenure groupings were mixed, with partners in the 11-20 year grouping showing the biggest increase (+3%) and partners in the 1-5 year grouping and in the 20+ years grouping both showing a 1% decline.

> Changes in non-billable hours by city also varied widely, with Seattle reporting a 41% increase and Miami reporting an 18% decrease.

> Open compensation system partners again significantly outpaced Closed compensation system partners in non-billable hours, reporting 619 non-billable hours (-1%) vs. 524 (+4%).

> Female partners widened the gap with male partners, reporting 619 non-billable hours (+7%) compared to 585 for male partners (-1%).

*For the complete results, please refer to **Appendix VI – Average Billing Rates, Appendix VII – Average Billable Hours and Appendix VIII – Average Non-Billable Hours.***



# Compensation Satisfaction

Question 14 of the Survey dealt with compensation satisfaction and was sorted by the following categories:

1. Partnership Tenure
2. Partnership Status
3. Practice Area
4. City
5. Lateral Status
6. Compensation Transparency
7. Lockstep Type
8. Total Compensation
9. Total Originations
10. Total Billable Hours
11. Firm Size
12. Gender
13. Ethnicity

## SATISFACTION RATINGS

A total of 1,203 respondents answered this question. 25% classified themselves as Very Satisfied with their current compensation, 39% classified themselves as Moderately Satisfied and 11% as Slightly Satisfied. Conversely, 6% classified themselves as Slightly Dissatisfied, 8% as Moderately Dissatisfied and 5% as Very Dissatisfied. 7% felt Neutral. These numbers reflect an increase in satisfaction and a decrease in dissatisfaction across every measure.

**EXHIBIT 5.1A – OVERALL SATISFACTION WITH TOTAL COMPENSATION *(2020)***



**EXHIBIT 5.1B – OVERALL SATISFACTION WITH TOTAL COMPENSATION *(2018)***



## Partnership Tenure and Partnership Status

Once again, the two most senior groupings of partners were more likely to classify themselves as Very Satisfied with their compensation (29% and 33% for categories 11-20 years and 20+ years, respectively, vs. 16% and 21% for categories 1-5 years and 6-10 years, respectively). The gap between Equity partners' and Non-Equity partners' compensation satisfaction remains wide and is growing, with 32% of Equity partners Very Satisfied compared to 12% of Non-Equity partners, up from 27% and 11%, respectively, in 2018. Conversely, Non-Equity partners were three times as likely to classify themselves as Very Dissatisfied (10% vs. 3%).

**EXHIBIT 5.2A – SATISFACTION BY PARTNERSHIP TENURE** *(2020)*



**EXHIBIT 5.2B – SATISFACTION BY PARTNERSHIP TENURE** *(2018)*



**EXHIBIT 5.3 A– SATISFACTION BY PARTNERSHIP STATUS *(2020)***

**EXHIBIT 5.3B – SATISFACTION BY PARTNERSHIP STATUS *(2018)***

 ©2020 MAJOR, LINDSEY & AFRICA LLC. ALL RIGHTS RESERVED.



## Practice Area

Analyzing the data by Practice Area, Real Estate partners were most likely to classify themselves as Very Satisfied with their compensation (31%), a sharp rise from 13% in 2018, followed by IP partners at 30%, up from 23% in 2018. Tax & ERISA partners reported the next sharpest rise, with 28% classifying themselves as Very Satisfied compared to 18% in 2018. Tax & ERISA partners had the highest proportion of Satisfied partners overall (78%), followed closely by Labor & Employment and Real Estate partners (76% each). In contrast to 2018, every practice had more than 70% of their respondents classifying themselves in one of the Satisfied categories.

**EXHIBIT 5.4A – SATISFACTION BY PRACTICE AREA** *(2020)*



**EXHIBIT 5.4B – SATISFACTION BY PRACTICE AREA** *(2018)*



# City

Palo Alto/Silicon Valley had the highest level of partners classifying themselves as Very Satisfied with their compensation (38%), followed by San Francisco (30%). At the other end of the spectrum, only 16% of Philadelphia-based partners reported that they are Very Satisfied. Boston and Washington, D.C./Northern Virginia had the highest proportion of partners selecting one of the Satisfied choices (88% and 83%, respectively).

Philadelphia had the highest proportion of partners falling into one of the Dissatisfied categories (35%), followed by Chicago (28%) and Atlanta (24%).

## EXHIBIT 5.5A – SATISFACTION BY CITY *(2020)*



## EXHIBIT 5.5B – SATISFACTION BY CITY *(2018)*



## Compensation Transparency and Lateral Status

Once again, partners in Open compensation systems were far more likely to classify themselves as Very Satisfied with their compensation (31%) than those in Partially Open (18%) or Closed (14%) compensation systems. Partners who joined their firms laterally from law firms and industry were nearly equally likely to classify themselves in one of the Satisfied categories (76%), slightly higher than homegrown partners (73%).

**EXHIBIT 5.6A – SATISFACTION BY COMPENSATION TRANSPARENCY** *(2020)*



**EXHIBIT 5.6B – SATISFACTION BY COMPENSATION TRANSPARENCY** *(2018)*



Legend: ■ Very dissatisfied  ■ Moderately dissatisfied  ■ Slightly dissatisfied  ■ Neutral  ■ Slightly satisfied  ■ Moderately satisfied  ■ Very satisfied

**EXHIBIT 5.7A – SATISFACTION BY LATERAL STATUS** *(2020)*



**EXHIBIT 5.7B – SATISFACTION BY LATERAL STATUS** *(2018)*



## Total Compensation, Total Originations and Billable Hours

Not surprisingly, compensation satisfaction climbs in relation to total compensation and total originations. Those recording the most billable hours (2,401+ hours) are also most likely to be Very Satisfied with their compensation (36%).

**EXHIBIT 5.8A – SATISFACTION BY TOTAL COMPENSATION** *(2020)*



**EXHIBIT 5.8B – SATISFACTION BY TOTAL COMPENSATION** *(2018)*



**EXHIBIT 5.9A – SATISFACTION BY TOTAL ORIGINATIONS** *(2020)*



**EXHIBIT 5.9B – SATISFACTION BY TOTAL ORIGINATIONS** *(2018)*



**EXHIBIT 5.10A – SATISFACTION BY BILLABLE HOURS *(2020)***

**EXHIBIT 5.10B – SATISFACTION BY BILLABLE HOURS *(2018)***

 ©2020 MAJOR, LINDSEY & AFRICA LLC. ALL RIGHTS RESERVED.



## Gender and Ethnicity

24% of female partners reported they were Very Satisfied with their compensation, compared to 25% of male partners – a reduction in the gap from 2018 (19% vs. 23%). At the opposite end, a higher proportion of female partners placed themselves in one of the Dissatisfied categories (24% vs. 17% of males), both of which represent decreases from 2018 (33% and 24%, respectively).

**EXHIBIT 5.11A – SATISFACTION BY GENDER *(2020)***




**EXHIBIT 5.11B – SATISFACTION BY GENDER *(2018)***



Although White (not Hispanic) partners once again were most likely to classify themselves in one of the Satisfied categories, all other ethnicities showed strong gains overall compared to 2018. However, Black (not Hispanic) partners were the only group to show a decrease in partners describing themselves as Very Satisfied with their compensation, decreasing from 17% in 2018 to 15% in 2020. Conversely, Black (not Hispanic) partners also showed the greatest decrease (by far) in partners describing themselves as Very Dissatisfied, falling from 17% in 2018 to 4% in 2020.

**EXHIBIT 5.12A – SATISFACTION BY ETHNICITY *(2020)***



**EXHIBIT 5.12B – SATISFACTION BY ETHNICITY** *(2018)*



# Notes

## ABOUT THE AUTHOR

Jeffrey A. Lowe is the Global Practice Leader of Major, Lindsey & Africa's Law Firm Practice Group and the Managing Partner of MLA's Washington, D.C., office. He regularly handles the most significant placements in Washington, D.C., and is widely regarded as one of the leading partner recruiters and advisors in the United States. He has twice been named to Lawdragon's "100 Leading Legal Consultants and Strategists."

Jeffrey is the creator and author of the Major, Lindsey & Africa Partner Compensation Surveys, the most comprehensive efforts ever undertaken to identify ranges of partner compensation and the criteria law firms use in determining partner compensation, and the co-author of the 2014 Major, Lindsey & Africa Lateral Partner Satisfaction Survey. He is regularly quoted by leading publications and periodicals, such as *The American Lawyer*, *The Wall Street Journal* and Law 360.

Prior to opening the Washington, D.C. office of Major, Lindsey & Africa in 2003, Jeffrey was a partner in the Washington, D.C., office of Hogan & Hartson L.L.P. (now Hogan Lovells). He joined Hogan & Hartson in 1991 and was elected to the partnership in 1998. From 1994 to 1995, Jeffrey worked in Tokyo, Japan, with Mori Sogo Law Offices (now Mori Hamada & Matsumoto), one of Japan's leading international and domestic law firms.

## ABOUT MAJOR, LINDSEY & AFRICA

Major, Lindsey & Africa is the world's leading legal search firm. The firm, founded in 1982, offers a range of specialized legal recruiting and advisory services to meet the ever-changing needs of law firms and legal departments and to support the career aspirations of talented lawyers and legal and compliance professionals. With more than 25 offices and 200-plus search consultants around the world, Major, Lindsey & Africa uses its market knowledge and experience to understand and meet client and candidate needs while maintaining the highest degree of professionalism and confidentiality. The firm considers every search a diversity search and has been committed to diversity in the law since its inception. Major, Lindsey & Africa is an Allegis Group company, the global leader in talent solutions. To learn more about Major, Lindsey & Africa, visit www.mlaglobal.com.

## ABOUT ACRITAS

Acritas, now part of Thomson Reuters, is the leading provider of market research in the global legal industry. Its annual market studies with in-house legal departments and top law firm talent provide a bedrock of data to help law firms and legal services providers develop strategies which will enable them to gain competitive advantage. In addition, Acritas provides custom research and advisory services from its offices in the UK and the US.

For more information, go to acritas.com.

**46** | ©2020 MAJOR, LINDSEY & AFRICA LLC. ALL RIGHTS RESERVED.

# Appendices

*Note:* *In many instances, the body of this Report compares the results of the 2020 Survey with those of the 2018 Survey. However, it is important to note that prior editions of the Survey were targeted to a broader range of partners (e.g., not only partners at AmLaw 200-size firms, but also those at NLJ 350- and Global 100-size firms). Consequently, Acritas has normalized the 2018 data for the sections of this Report covering Questions 8 through 13 of the Survey (total compensation, total originations, total working attorney receipts, standard hourly billing rate and discount, total billable hours and total non-billable hours) to include only the data from 2018 respondents at AmLaw 200 firms in order to make these comparisons more meaningful. Accordingly, columns in these Appendices titled "2018 cc" refer to that normalized data, i.e., all 2018 responses minus participants from any firms whose partners were not invited to participate in the 2020 Survey.*

# I – Respondent Profile

## RESPONDENTS BY PARTNERSHIP TENURE

|  | 2018 cc | | 2018 | | 2020 | |
|---|---|---|---|---|---|---|
|  | FREQUENCY | PERCENTAGE | FREQUENCY | PERCENTAGE | FREQUENCY | PERCENTAGE |
| 1 - 5 years | 226 | 23% | 362 | 26% | 327 | 26% |
| 6 - 10 years | 181 | 18% | 242 | 18% | 239 | 19% |
| 11 - 20 years | 307 | 31% | 415 | 30% | 345 | 27% |
| More than 20 years | 271 | 28% | 365 | 26% | 359 | 28% |
| TOTAL | 985 | | 1,384 | | 1,270 | |

## RESPONDENTS BY PARTNERSHIP STATUS

|  | 2018 cc | | 2018 | | 2020 | |
|---|---|---|---|---|---|---|
|  | FREQUENCY | PERCENTAGE | FREQUENCY | PERCENTAGE | FREQUENCY | PERCENTAGE |
| Equity partner | 666 | 68% | 900 | 65% | 826 | 65% |
| Non-Equity partner | 321 | 33% | 429 | 31% | 445 | 35% |
| Not a partner during 2017 | 0 | 0% | 56 | 4% | 0 | 0% |
| TOTAL | 987 | | 1,385 | | 1,271 | |

## RESPONDENTS BY PRACTICE AREA

|  | 2018 cc | | 2018 | | 2020 | |
|---|---|---|---|---|---|---|
|  | FREQUENCY | PERCENTAGE | FREQUENCY | PERCENTAGE | FREQUENCY | PERCENTAGE |
| Other | 254 | 26% | 374 | 35% | 348 | 27% |
| Litigation | 219 | 22% | 350 | 25% | 294 | 23% |
| Labor & Employment | 84 | 9% | 108 | 8% | 88 | 7% |
| Tax & ERISA | 62 | 6% | 76 | 6% | 66 | 5% |
| Corporate | 201 | 21% | 267 | 19% | 269 | 21% |
| Real Estate | 56 | 6% | 71 | 5% | 63 | 5% |
| IP | 106 | 11% | 135 | 10% | 141 | 11% |
| TOTAL | 982 | | 1,381 | | 1,269 | |

 ©2020 MAJOR, LINDSEY & AFRICA LLC. ALL RIGHTS RESERVED.

**RESPONDENTS BY GENDER**

| | 2018 cc | | 2018 | | 2020 | |
|---|---|---|---|---|---|---|
| | FREQUENCY | PERCENTAGE | FREQUENCY | PERCENTAGE | FREQUENCY | PERCENTAGE |
| Female | 246 | 28% | 361 | 29% | 353 | 30% |
| Male | 600 | 69% | 848 | 68% | 812 | 68% |
| Non-binary/third gender | 1 | 0% | 2 | 0% | 1 | 0% |
| Prefer to self-describe | 0 | 0% | 0 | 0% | 1 | 0% |
| Prefer not to say | 29 | 3% | 37 | 3% | 23 | 2% |
| TOTAL | 876 | | 1,248 | | 1,190 | |

**RESPONDENTS BY ETHNICITY**

| | 2018 cc | | 2018 | | 2020 | |
|---|---|---|---|---|---|---|
| | FREQUENCY | PERCENTAGE | FREQUENCY | PERCENTAGE | FREQUENCY | PERCENTAGE |
| White, not Hispanic | 731 | 84% | 1,039 | 83% | 931 | 78% |
| Black, not Hispanic | 19 | 2% | 24 | 2% | 47 | 4% |
| Hispanic | 18 | 2% | 29 | 2% | 70 | 6% |
| Asian Pacific, not Hispanic | 36 | 4% | 55 | 4% | 69 | 6% |
| American Indian, not Hispanic | 1 | 0% | 1 | 0.1% | 0 | 0.0% |
| Native Hawaiian or Pacific Islander, not Hispanic | 1 | 0% | 2 | 0.2% | 1 | 0.1% |
| Mixed races | 16 | 2% | 22 | 2% | 18 | 2% |
| Prefer not to say | 53 | 6% | 74 | 6% | 53 | 5% |
| TOTAL | 875 | | 1,246 | | 1,189 | |

## RESPONDENTS BY COMPENSATION TRANSPARENCY

| | 2018 cc | | 2018 | | 2020 | |
|---|---|---|---|---|---|---|
| | FREQUENCY | PERCENTAGE | FREQUENCY | PERCENTAGE | FREQUENCY | PERCENTAGE |
| Open: Partners know what everyone makes, or can easily find out | 598 | 61% | 841 | 61% | 802 | 63% |
| Partially Open: Partners know ranges of compensation, but do not know exactly who makes what | 126 | 13% | 170 | 12% | 169 | 13% |
| Closed: Partners do not know what anyone else makes | 254 | 26% | 364 | 27% | 296 | 23% |
| TOTAL | 978 | | 1,375 | | 1,267 | |

## RESPONDENTS BY LOCKSTEP TYPE

| | 2018 cc | | 2018 | | 2020 | |
|---|---|---|---|---|---|---|
| | FREQUENCY | PERCENTAGE | FREQUENCY | PERCENTAGE | FREQUENCY | PERCENTAGE |
| My firm is pure lockstep | 7 | 1% | 10 | 1% | 14 | 1% |
| My firm is generally lockstep, but allows for some variance | 138 | 14% | 221 | 16% | 193 | 15% |
| My firm is not lockstep at all | 831 | 85% | 1,139 | 83% | 1,055 | 84% |
| TOTAL | 976 | | 1,370 | | 1,262 | |

## RESPONDENTS BY CITY

| | 2018 cc | | 2018 | | 2020 | |
|---|---|---|---|---|---|---|
| | FREQUENCY | PERCENTAGE | FREQUENCY | PERCENTAGE | FREQUENCY | PERCENTAGE |
| Other | 290 | 29% | 476 | 34% | 328 | 26% |
| Washington, D.C./NoVA | 147 | 15% | 177 | 13% | 171 | 14% |
| New York, NY | 122 | 12% | 158 | 11% | 183 | 14% |
| Chicago, IL | 101 | 10% | 138 | 10% | 121 | 10% |
| San Francisco, CA | 51 | 5% | 59 | 4% | 63 | 5% |
| Philadelphia, PA | 32 | 3% | 52 | 4% | 32 | 3% |
| Boston, MA | 40 | 4% | 52 | 4% | 50 | 4% |
| Los Angeles, CA | 36 | 4% | 49 | 4% | 85 | 7% |
| Houston, TX | 39 | 4% | 45 | 3% | 31 | 2% |
| Atlanta, GA | 31 | 3% | 41 | 3% | 43 | 3% |
| Dallas, TX | 28 | 3% | 36 | 3% | 46 | 4% |
| Minneapolis, MN | 12 | 1% | 32 | 2% | 26 | 2% |
| Miami, FL | 24 | 2% | 31 | 2% | 27 | 2% |
| Palo Alto/Silicon Valley, CA* | 18 | 2% | 20 | 1% | 33 | 3% |
| Seattle, WA | 15 | 2% | 17 | 1% | 31 | 2% |
| TOTAL | 986 | | 1,383 | | 1,270 | |

*Palo Alto/Silicon Valley, CA, appears in the Report as "Silicon Valley."

 | ©2020 MAJOR, LINDSEY & AFRICA LLC. ALL RIGHTS RESERVED.

**RESPONDENTS BY FIRM SIZE**

| | 2018 cc | | 2018 | | 2020 | |
|---|---|---|---|---|---|---|
| | FREQUENCY | PERCENTAGE | FREQUENCY | PERCENTAGE | FREQUENCY | PERCENTAGE |
| 1 - 50 attorneys | 0 | 0% | 0 | 0% | 1 | 0% |
| 51 - 200 attorneys | 31 | 3% | 200 | 15% | 204 | 21% |
| 201 - 500 attorneys | 208 | 22% | 326 | 24% | 469 | 47% |
| 501 - 1,000 attorneys | 431 | 46% | 505 | 37% | 251 | 25% |
| 1,000+ attorneys | 278 | 29% | 319 | 24% | 67 | 7% |
| TOTAL | 948 | | 1,350 | | 992 | |

**RESPONDENTS BY LATERAL STATUS**

| | 2018 cc | | 2018 | | 2020 | |
|---|---|---|---|---|---|---|
| | FREQUENCY | PERCENTAGE | FREQUENCY | PERCENTAGE | FREQUENCY | PERCENTAGE |
| I joined my present firm laterally as a partner from another law firm | 428 | 44% | 578 | 42% | 621 | 49% |
| I joined my present firm laterally as a partner from government service or private industry | 52 | 5% | 72 | 5% | 70 | 6% |
| I was previously an associate or counsel with my present firm before making partner | 490 | 51% | 714 | 52% | 570 | 45% |
| TOTAL | 970 | | 1,364 | | 1,261 | |

**RESPONDENTS BY TOTAL COMPENSATION**

| | 2018 cc | | 2018 | | 2020 | |
|---|---|---|---|---|---|---|
| | FREQUENCY | PERCENTAGE | FREQUENCY | PERCENTAGE | FREQUENCY | PERCENTAGE |
| Less than $300K | 133 | 14% | 265 | 20% | 164 | 13% |
| $300,001 - $500,000 | 235 | 25% | 344 | 26% | 306 | 24% |
| $500,001 - $1M | 280 | 30% | 371 | 28% | 386 | 31% |
| $1.01M - $1.5M | 133 | 14% | 158 | 12% | 166 | 13% |
| $1.51M+ | 154 | 17% | 178 | 14% | 239 | 19% |
| TOTAL | 935 | | 1,316 | | 1,261 | |

# II – Impact of COVID-19

## TENURE

| Average COVID-19 decreases of those affected | Total 2020 | 1 to 5 years | 6 to 10 years | 11 to 20 years | More than 20 years |
|---|---|---|---|---|---|
| Draw reduced by: | 12% | 9% | 12% | 15% | 12% |
| Base compensation reduced by: | 9% | 10% | 9% | 9% | 9% |
| Anticipated bonus reduced by: | 13% | 19% | 11% | 11% | 11% |
| Capital increased by: | 1% | 1% | 2% | 1% | 1% |

## PARTNER STATUS

| Average COVID-19 decreases of those affected | Total 2020 | Equity Partner | Non-Equity Partner |
|---|---|---|---|
| Draw reduced by: | 12% | 14% | 8% |
| Base compensation reduced by: | 9% | 8% | 11% |
| Anticipated bonus reduced by: | 13% | 11% | 18% |
| Capital increased by: | 1% | 2% | 1% |

## PRACTICE AREA

| Average COVID-19 decreases of those affected | Total 2020 | Other | Labor & Employment | Litigation | Tax & ERISA | Corporate | Real Estate | IP |
|---|---|---|---|---|---|---|---|---|
| Draw reduced by: | 12% | 13% | 13% | 12% | 14% | 11% | 12% | 12% |
| Base compensation reduced by: | 9% | 10% | 11% | 9% | 10% | 8% | 8% | 10% |
| Anticipated bonus reduced by: | 13% | 18% | 13% | 16% | 10% | 8% | 13% | 10% |
| Capital increased by: | 1% | 1% | 1% | 1% | 4% | 1% | 1% | 1% |

## CITY

| Average COVID-19 decreases of those affected | Total 2020 | New York | Washington, D.C./NoVA | Chicago | Los Angeles | San Francisco | Dallas | Atlanta | Boston | Seattle | Palo Alto/Silicon Valley | Philadelphia | Houston | Miami | Minneapolis | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Draw reduced by: | 12% | 10% | 13% | 13% | 11% | 16% | 15% | 13% | 12% | 10% | 16% | 17% | 22% | 12% | 15% | 11% |
| Base compensation reduced by: | 9% | 9% | 10% | 9% | 11% | 11% | 7% | 11% | 10% | 8% | 10% | 8% | 11% | 8% | 7% | 9% |
| Anticipated bonus reduced by: | 13% | 15% | 12% | 15% | 13% | 9% | 17% | 19% | 7% | 8% | 8% | 13% | 32% | 13% | 18% | 11% |
| Capital increased by: | 1% | 1% | 1% | 1% | 1% | 2% | 0% | 0% | 0% | 2% | 1% | 1% | 1% | 6% | 0% | 1% |

## LATERAL STATUS

| Average COVID-19 decreases of those affected | Total 2020 | Lateral as a partner from another law firm | Lateral as a partner from government service or private industry | I was previously an associate or counsel with my present firm before making partner |
|---|---|---|---|---|
| Draw reduced by: | 12% | 13% | 16% | 12% |
| Base compensation reduced by: | 9% | 10% | 15% | 8% |
| Anticipated bonus reduced by: | 13% | 15% | 8% | 12% |
| Capital increased by: | 1% | 2% | 0% | 1% |

 ©2020 MAJOR, LINDSEY & AFRICA LLC. ALL RIGHTS RESERVED.

## LATERAL STATUS

| Average COVID-19 decreases of those affected | Total 2020 | Lateral | Non-lateral |
|---|---|---|---|
| Draw reduced by: | 12% | 13% | 12% |
| Base compensation reduced by: | 9% | 10% | 8% |
| Anticipated bonus reduced by: | 13% | 14% | 12% |
| Capital increased by: | 1% | 1% | 1% |

## COMPENSATION SYSTEM

| Average COVID-19 decreases of those affected | Total 2020 | Open | Partially Open | Closed |
|---|---|---|---|---|
| Draw reduced by: | 12% | 13% | 9% | 13% |
| Base compensation reduced by: | 9% | 9% | 10% | 10% |
| Anticipated bonus reduced by: | 13% | 11% | 12% | 21% |
| Capital increased by: | 1% | 1% | 2% | 1% |

## LOCKSTEP STATUS

| Average COVID-19 decreases of those affected | Total 2020 | Pure lockstep | Generally lockstep | Not lockstep |
|---|---|---|---|---|
| Draw reduced by: | 12% | 10% | 11% | 13% |
| Base compensation reduced by: | 9% | 8% | 9% | 9% |
| Anticipated bonus reduced by: | 13% | 2% | 15% | 13% |
| Capital increased by: | 1% | 0% | 1% | 1% |

## BILLABLE HOURS

| Average COVID-19 decreases of those affected | Total 2020 | <1,500 | 1,500-1,799 | 1,800-2,099 | 2,100-2,399 | 2,400+ |
|---|---|---|---|---|---|---|
| Draw reduced by: | 12% | 13% | 12% | 11% | 14% | 13% |
| Base compensation reduced by: | 9% | 10% | 9% | 9% | 8% | 8% |
| Anticipated bonus reduced by: | 13% | 12% | 14% | 14% | 11% | 10% |
| Capital increased by: | 1% | 1% | 2% | 1% | 1% | 1% |

## ORIGINATIONS

| Average COVID-19 decreases of those affected | Total 2020 | Up to $1 Million | $1 Million to $2 Million | $2.01 Million to $3 Million | $3.01 Million to $5 Million | $5.01 Million+ |
|---|---|---|---|---|---|---|
| Draw reduced by: | 12% | 11% | 13% | 13% | 14% | 15% |
| Base compensation reduced by: | 9% | 11% | 8% | 8% | 8% | 8% |
| Anticipated bonus reduced by: | 13% | 18% | 13% | 13% | 3% | 10% |
| Capital increased by: | 1% | 1% | 1% | 2% | 1% | 1% |

## GENDER

| Average COVID-19 decreases of those affected | Total 2020 | Female | Male | Non-binary/ third gender | Prefer to self-describe | Prefer not to say |
|---|---|---|---|---|---|---|
| Draw reduced by: | 12% | 13% | 12% | 0% | 23% | 9% |
| Base compensation reduced by: | 9% | 11% | 9% | 0% | 0% | 8% |
| Anticipated bonus reduced by: | 13% | 17% | 12% | 0% | 23% | 8% |
| Capital increased by: | 1% | 2% | 1% | 0% | 0% | 3% |

## ETHNICITY

| Average COVID-19 decreases of those affected | Total 2020 | White, not Hispanic | Non-White | Prefer not to say |
|---|---|---|---|---|
| Draw reduced by: | 12% | 12% | 15% | 10% |
| Base compensation reduced by: | 9% | 9% | 11% | 9% |
| Anticipated bonus reduced by: | 13% | 12% | 18% | 17% |
| Capital increased by: | 1% | 1% | 2% | 1% |

## ETHNICITY

| Average COVID-19 decreases of those affected | Total 2020 | White, not Hispanic | Black, not Hispanic | Hispanic | Asian Pacific, not Hispanic | Native Hawaiian or Pacific Islander | Mixed races | Prefer not to say |
|---|---|---|---|---|---|---|---|---|
| Draw reduced by: | 12% | 12% | 16% | 13% | 14% | 13% | 20% | 10% |
| Base compensation reduced by: | 9% | 9% | 11% | 11% | 11% | 0% | 13% | 9% |
| Anticipated bonus reduced by: | 13% | 12% | 9% | 28% | 12% | 0% | 16% | 17% |
| Capital increased by: | 1% | 1% | 1% | 3% | 1% | 0% | 1% | 1% |

## COMPENSATION

| Average COVID-19 decreases of those affected | Total 2020 | Less than $300K | $300,001 to $500,000 | $500,001 to $1 Million | $1.01 Million to $1.5 Million | $1.51 Million+ |
|---|---|---|---|---|---|---|
| Draw reduced by: | 12% | 6% | 12% | 15% | 14% | 13% |
| Base compensation reduced by: | 9% | 11% | 11% | 9% | 8% | 7% |
| Anticipated bonus reduced by: | 13% | 19% | 17% | 13% | 5% | 9% |
| Capital increased by: | 1% | 0% | 2% | 1% | 1% | 1% |

## SATISFACTION WITH COMPENSATION

| Average COVID-19 decreases of those affected | Total 2020 | ALL SATISFIED | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | ALL DISSATISFIED | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied | Don't know | Not asked |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Draw reduced by: | 12% | 12% | 12% | 12% | 13% | 13% | 14% | 15% | 14% | 12% | 7% | 9% |
| Base compensation reduced by: | 9% | 8% | 8% | 9% | 9% | 11% | 12% | 10% | 13% | 13% | 3% | 8% |
| Anticipated bonus reduced by: | 13% | 11% | 9% | 11% | 14% | 13% | 21% | 10% | 24% | 30% | 0% | 7% |
| Capital increased by: | 1% | 1% | 1% | 1% | 1% | 3% | 2% | 3% | 2% | 1% | 0% | 3% |

## NUMBER OF PARTNERS

| Average COVID-19 decreases of those affected | Total 2020 | 1 to 50 | 51 to 200 | 201 to 500 | 501 to 1,000 | 1,001 or more |
|---|---|---|---|---|---|---|
| Draw reduced by: | 12% | 0% | 12% | 13% | 11% | 17% |
| Base compensation reduced by: | 9% | 0% | 9% | 10% | 9% | 8% |
| Anticipated bonus reduced by: | 13% | 0% | 17% | 12% | 7% | 16% |
| Capital increased by: | 1% | 0% | 0% | 1% | 2% | 1% |

# III – Average Total Compensation

**COMPENSATION TRANSPARENCY**

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Open | $1.065M | $991K | $1.22M | 797 |
| Partially Open | $915K | $846K | $909K | 166 |
| Closed | $753K | $659K | $694K | 294 |

**PARTNERSHIP TENURE**

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| 1 - 5 years | $522K | $487K | $529K | 325 |
| 6 - 10 years | $871K | $781K | $958K | 238 |
| 11 - 20 years | $1.07M | $999K | $1.29M | 342 |
| More than 20 years | $1.28M | $1.17M | $1.38M | 355 |

**COMPENSATION SYSTEM**

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Pure Lockstep | $542K | $844K | $1.99M | 14 |
| Generally Lockstep | $910M | $854K | $985K | 192 |
| Not Lockstep at all | $980K | $897K | $1.06M | 1046 |

**PARTNERSHIP STATUS**

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Equity Partner | $1.244M | $1.14M | $1.39M | 819 |
| Non-Equity Partner | $388K | $371K | $432K | 442 |

**CITY**

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| New York | $1.47M | $1.45M | $1.64M | 180 |
| D.C. / NoVA | $1.16M | $1.13M | $1.25M | 168 |
| Chicago | $860K | $834K | $895K | 120 |
| Los Angeles | $1.30M | $1.14M | $1.37M | 85 |
| San Francisco | $1.25M | $1.16M | $1.25M | 62 |
| Philadelphia | $860K | $702K | $1.11M | 32 |
| Boston | $1.13M | $1.04M | $1.39M | 50 |
| Atlanta | $728K | $665K | $650K | 43 |
| Dallas | $1.25M | $1.13M | $843K | 45 |
| Houston | $985K | $914K | $990K | 31 |
| Silicon Valley | $1.18M | $1.19M | $1.66M | 33 |
| Minneapolis | $650K | $593K | $675K | 26 |
| Seattle | $662K | $637K | $801K | 31 |
| Miami | $727K | $937K | $954K | 27 |
| Other | $600K | $569K | $604K | 327 |

## PRACTICE AREA

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Litigation | $857K | $780K | $980K | 291 |
| Corporate | $1.27M | $1.18M | $1.28M | 268 |
| IP | $854K | $803K | $1.10M | 141 |
| Labor & Employment | $735K | $681K | $667K | 88 |
| Tax & ERISA | $1.04M | $932K | $1.37M | 66 |
| Real Estate | $839K | $745K | $925K | 61 |
| Other | $928K | $869K | $980K | 344 |

## GENDER

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Male | $1.05M | $959K | $1.13M | 808 |
| Female | $677K | $627K | $784K | 352 |

## ETHNICITY

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| White, not Hispanic | $941K | $864K | $1.05M | 928 |
| Black, not Hispanic | $507K | $539K | $902K | 46 |
| Hispanic | $786K | $747K | $648K | 70 |
| Asian Pacific, not Hispanic | $863K | $744K | $1.00M | 69 |
| American Indian, not Hispanic | $275K | $275K | NA | 0 |
| Native Hawaiian or Pacific | $275K | $963K | $325K | 1 |
| Mixed races | $1.01M | $929K | $1.17M | 18 |

## FIRM SIZE

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| 1 - 50 attorneys | NA | NA | $1.15M | 1 |
| 51 - 200 attorneys | $616K | $510K | $897K | 204 |
| 201 - 500 attorneys | $638K | $634K | $1.07M | 463 |
| 501 - 1,000 attorneys | $1.08M | $1.07M | $1.09M | 248 |
| 1,000+ attorneys | $1.09M | $1.10M | $1.04M | 67 |

 ©2020 MAJOR, LINDSEY & AFRICA LLC. ALL RIGHTS RESERVED.

# IV – Average Total Originations

### COMPENSATION TRANSPARENCY

|                | 2018 cc | 2018   | 2020   | 2020 Frequency |
|----------------|---------|--------|--------|----------------|
| Open           | $3.13M  | $2.89M | $3.38M | 728            |
| Partially Open | $2.72M  | $2.49M | $2.09M | 147            |
| Closed         | $2.11M  | $1.84M | $1.91M | 268            |

### PARTNERSHIP TENURE

|                   | 2018 cc | 2018   | 2020   | 2020 Frequency |
|-------------------|---------|--------|--------|----------------|
| 1 - 5 years       | $860K   | $0.89M | $0.95M | 287            |
| 6 - 10 years      | $2.67M  | $2.36M | $2.60M | 215            |
| 11 - 20 years     | $3.19M  | $3.02M | $3.71M | 313            |
| More than 20 years| $4.00M  | $3.59M | $3.92M | 331            |

### COMPENSATION SYSTEM

|                     | 2018 cc | 2018   | 2020   | 2020 Frequency |
|---------------------|---------|--------|--------|----------------|
| Pure Lockstep       | $1.67M  | $1.67M | $8.94M | 11             |
| Generally Lockstep  | $2.75M  | $2.54M | $2.25M | 175            |
| Not Lockstep at all | $2.84M  | $2.60M | $2.93M | 954            |

### PARTNERSHIP STATUS

|                     | 2018 cc | 2018   | 2020   | 2020 Frequency |
|---------------------|---------|--------|--------|----------------|
| Equity Partner      | $3.78M  | $3.42M | $4.00M | 735            |
| Non-Equity Partner  | $804K   | $0.79M | $0.86M | 441            |

### CITY

|               | 2018 cc | 2018   | 2020   | 2020 Frequency |
|---------------|---------|--------|--------|----------------|
| New York      | $4.02M  | $4.08M | $4.16M | 156            |
| D.C. / NoVA   | $3.48M  | $3.35M | $3.33M | 151            |
| Chicago       | $2.21M  | $2.13M | $2.49M | 110            |
| Los Angeles   | $4.45M  | $3.69M | $3.02M | 81             |
| San Francisco | $3.40M  | $3.14M | $3.26M | 55             |
| Philadelphia  | $2.66M  | $2.19M | $3.94M | 31             |
| Boston        | $3.55M  | $3.18M | $4.43M | 48             |
| Atlanta       | $2.34M  | $2.10M | $1.67M | 38             |
| Dallas        | $4.46M  | $3.88M | $2.55M | 41             |
| Houston       | $2.53M  | $2.34M | $2.80M | 30             |
| Silicon Valley| $3.08M  | $3.08M | $6.01M | 26             |
| Minneapolis   | $1.69M  | $1.43M | $1.70M | 24             |
| Seattle       | $2.22M  | $2.12M | $3.03M | 27             |
| Miami         | $1.60M  | $2.59M | $2.31M | 24             |
| Other         | $1.88M  | $1.75M | $1.72M | 303            |

## PRACTICE AREA

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Litigation | $2.52M | $2.37M | $2.70M | 259 |
| Corporate | $3.95M | $3.52M | $3.98M | 243 |
| IP | $2.52M | $2.39M | $3.13M | 129 |
| Labor & Employment | $1.82M | $1.69M | $1.58M | 84 |
| Tax & ERISA | $2.29M | $1.97M | $1.60M | 58 |
| Real Estate | $2.53M | $2.26M | $2.64M | 58 |
| Other | $2.77M | $2.59M | $2.68M | 313 |

## GENDER

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Male | $3.07M | $2.79M | $3.12M | 777 |
| Female | $1.77M | $1.59M | $2.10M | 331 |

## ETHNICITY

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| White, not Hispanic | $2.72M | $2.48M | $2.89M | 887 |
| Black, not Hispanic | $1.38M | $1.58M | $1.84M | 46 |
| Hispanic | $1.76M | $1.55M | $1.47M | 64 |
| Asian Pacific, not Hispanic | $2.46M | $2.05M | $3.13M | 65 |
| American Indian, not Hispanic | $0.05M | $0.05M | NA | 0 |
| Native Hawaiian or Pacific | $0.05M | $0.80M | $0.95M | 1 |
| Mixed races | $3.09M | $2.66M | $3.13M | 17 |

## FIRM SIZE

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| 1 - 50 attorneys | NA | NA | $1.85M | 1 |
| 51 - 200 attorneys | $1.51M | $1.59M | $2.27M | 188 |
| 201 - 500 attorneys | $1.69M | $1.59M | $2.88M | 421 |
| 501 - 1,000 attorneys | $3.28M | $3.23M | $2.91M | 220 |
| 1,000+ attorneys | $3.22M | $3.25M | $3.01M | 63 |

# V – Average Total Working Attorney Receipts

## PARTNERSHIP TENURE

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| 1 - 5 years | $1.08M | $1.01M | $1.04M | 270 |
| 6 - 10 years | $1.21M | $1.12M | $1.34M | 202 |
| 11 - 20 years | $1.30M | $1.24M | $1.34M | 298 |
| More than 20 years | $1.33M | $1.23M | $1.30M | 310 |

## COMPENSATION TRANSPARENCY

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Open | $1.26M | $1.19M | $1.32M | 685 |
| Partially Open | $1.26M | $1.21M | $1.22M | 134 |
| Closed | $1.21M | $1.09 M | $1.07M | 258 |

## COMPENSATION SYSTEM

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Pure Lockstep | $910K | $1.02M | $2.43M | 10 |
| Generally Lockstep | $1.33M | $1.28M | $1.30M | 161 |
| Not Lockstep at all | $1.24M | $1.15M | $1.23M | 904 |

## PARTNERSHIP STATUS

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Equity Partner | $1.37M | $1.29M | $1.41M | 692 |
| Non-Equity Partner | $975K | $0.91M | $0.96M | 389 |

## CITY

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| New York | $1.90M | $1.85M | $1.80M | 135 |
| D.C. / NoVA | $1.44M | $1.49M | $1.53M | 142 |
| Chicago | $1.34M | $1.26M | $1.18M | 103 |
| Los Angeles | $1.37M | $1.31M | $1.33M | 75 |
| San Francisco | $1.46M | $1.39M | $1.52M | 50 |
| Philadelphia | $1.32M | $1.12M | $1.25M | 31 |
| Boston | $1.52M | $1.39M | $1.58M | 44 |
| Atlanta | $974K | $0.94M | $0.86M | 40 |
| Dallas | $1.27M | $1.19M | $1.09M | 37 |
| Houston | $1.29M | $1.20M | $1.15M | 27 |
| Silicon Valley | $1.46M | $1.46M | $2.04M | 24 |

## CITY CONTINUED

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Minneapolis | $895K | $0.77M | $0.97M | 24 |
| Seattle | $858K | $0.82M | $0.98M | 27 |
| Miami | $923K | $1.00M | $1.09M | 24 |
| Other | $879K | $0.83M | $0.86M | 297 |

## PRACTICE AREA

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Litigation | $1.10M | $1.04M | $1.16M | 249 |
| Corporate | $1.42M | $1.32M | $1.37M | 224 |
| IP | $1.14M | $1.09M | $1.34M | 123 |
| Labor & Employment | $1.04M | $0.99M | $0.97M | 77 |
| Tax & ERISA | $1.37M | $1.25M | $1.61M | 55 |
| Real Estate | $1.12M | $1.02M | $1.22M | 55 |
| Other | $1.34M | $1.26M | $1.21M | 269 |

## GENDER

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Male | $1.27M | $1.19M | $1.29M | 739 |
| Female | $1.10M | $1.02M | $1.13M | 306 |

## ETHNICITY

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| White, not Hispanic | $1.23M | $1.15M | $1.24M | 840 |
| Black, not Hispanic | $862K | $0.84M | $1.20M | 42 |
| Hispanic | $1.19M | $1.03M | $1.02M | 58 |
| Asian Pacific, not Hispanic | $1.32M | $1.15M | $1.49M | 60 |
| American Indian, not Hispanic | $650K | $0.65M | NA | 0 |
| Native Hawaiian or Pacific | NA | $1.75M | $0.45M | 1 |
| Mixed races | $1.14M | $1.09M | $1.53M | 17 |

## FIRM SIZE

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| 1 - 50 attorneys | NA | NA | $1.65M | 1 |
| 51 - 200 attorneys | $814K | $0.77M | $1.05M | 185 |
| 201 - 500 attorneys | $912K | $0.90M | $1.26M | 397 |
| 501 - 1,000 attorneys | $1.29M | $1.29M | $1.34M | 208 |
| 1,000+ attorneys | $1.50M | $1.52M | $1.23M | 61 |

 | ©2020 MAJOR, LINDSEY & AFRICA LLC. ALL RIGHTS RESERVED.

# VI – Average Billing Rates

### PARTNERSHIP TENURE

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| 1 - 5 years | $683 | $644 | $724 | 326 |
| 6 - 10 years | $733 | $691 | $827 | 239 |
| 11 - 20 years | $778 | $734 | $867 | 343 |
| More than 20 years | $830 | $781 | $884 | 358 |

### COMPENSATION TRANSPARENCY

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Open | $773 | $734 | $861 | 801 |
| Partially Open | $792 | $759 | $839 | 168 |
| Closed | $726 | $663 | $729 | 294 |

### COMPENSATION SYSTEM

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Pure Lockstep | $658 | $735 | $1,009 | 14 |
| Generally Lockstep | $727 | $696 | $785 | 193 |
| Not Lockstep at all | $770 | $723 | $833 | 1,051 |

### PARTNERSHIP STATUS

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Equity Partner | $825 | $775 | $902 | 825 |
| Non-Equity Partner | $631 | $599 | $689 | 442 |

### CITY

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| New York | $999 | $994 | $1,088 | 181 |
| DC / NoVA | $897 | $885 | $988 | 171 |
| Chicago | $779 | $736 | $821 | 121 |
| Los Angeles | $834 | $777 | $933 | 85 |
| San Francisco | $862 | $833 | $907 | 62 |
| Philadelphia | $675 | $618 | $717 | 32 |
| Boston | $879 | $841 | $969 | 50 |
| Atlanta | $642 | $625 | $634 | 43 |
| Dallas | $833 | $793 | $817 | 46 |
| Houston | $813 | $785 | $880 | 31 |
| Silicon Valley | $872 | $873 | $1,051 | 33 |
| Minneapolis | $620 | $550 | $617 | 26 |
| Seattle | $672 | $653 | $692 | 31 |
| Miami | $656 | $658 | $739 | 27 |
| Other | $567 | $541 | $585 | 327 |

## PRACTICE AREA

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Litigation | $703 | $640 | $770 | 293 |
| Corporate | $857 | $820 | $901 | 267 |
| IP | $732 | $715 | $868 | 141 |
| Labor & Employment | $617 | $596 | $656 | 87 |
| Tax & ERISA | $873 | $831 | $1,041 | 66 |
| Real Estate | $719 | $681 | $754 | 63 |
| Other | $779 | $734 | $820 | 348 |

## GENDER

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Male | $786 | $736 | $841 | 811 |
| Female | $696 | $650 | $766 | 352 |

## ETHNICITY

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| White, not Hispanic | $755 | $705 | $822 | 929 |
| Black, not Hispanic | $638 | $635 | $797 | 47 |
| Hispanic | $708 | $691 | $698 | 70 |
| Asian Pacific, not Hispanic | $842 | $769 | $862 | 69 |
| American Indian, not Hispanic | $387 | $387 | NA | 0 |
| Native Hawaiian or Pacific | $362 | $612 | $287 | 1 |
| Mixed races | $696 | $692 | $865 | 18 |

## FIRM SIZE

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| 1 - 50 attorneys | NA | NA | $1,287 | 1 |
| 51 - 200 attorneys | $602 | $511 | $738 | 204 |
| 201 - 500 attorneys | $608 | $589 | $840 | 467 |
| 501 - 1,000 attorneys | $775 | $774 | $883 | 250 |
| 1,000+ attorneys | $882 | $882 | $891 | 67 |

 ©2020 MAJOR, LINDSEY & AFRICA LLC. ALL RIGHTS RESERVED.

# VII – Average Billable Hours

### PARTNERSHIP TENURE

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| 1 - 5 years | 1,740 | 1,746 | 1,758 | 322 |
| 6 - 10 years | 1,759 | 1,748 | 1,726 | 236 |
| 11 - 20 years | 1,676 | 1,679 | 1,674 | 342 |
| More than 20 years | 1,606 | 1,591 | 1,586 | 352 |

### COMPENSATION TRANSPARENCY

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Open | 1,660 | 1,661 | 1,669 | 789 |
| Partially Open | 1,698 | 1,699 | 1,665 | 168 |
| Closed | 1,743 | 1,728 | 1,719 | 292 |

### COMPENSATION SYSTEM

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Pure Lockstep | 1,596 | 1,660 | 2,060 | 13 |
| Generally Lockstep | 1,694 | 1,720 | 1,770 | 187 |
| Not Lockstep at all | 1,684 | 1,674 | 1,662 | 1044 |

### PARTNERSHIP STATUS

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Equity Partner | 1,688 | 1,684 | 1,685 | 816 |
| Non-Equity Partner | 1,685 | 1,680 | 1,672 | 437 |

### CITY

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| New York | 1,731 | 1,724 | 1,721 | 178 |
| D.C. / NoVA | 1,704 | 1,707 | 1,680 | 170 |
| Chicago | 1,735 | 1,748 | 1,672 | 120 |
| Los Angeles | 1,689 | 1,714 | 1,711 | 83 |
| San Francisco | 1,713 | 1,719 | 1,748 | 62 |
| Philadelphia | 1,713 | 1,705 | 1,788 | 32 |
| Boston | 1,696 | 1,653 | 1,776 | 50 |
| Atlanta | 1,649 | 1,633 | 1,606 | 42 |
| Dallas | 1,595 | 1,618 | 1,701 | 46 |
| Houston | 1,654 | 1,654 | 1,653 | 30 |
| Silicon Valley | 1,625 | 1,636 | 1,673 | 33 |
| Minneapolis | 1,600 | 1,609 | 1,598 | 26 |
| Seattle | 1,625 | 1,654 | 1,547 | 30 |
| Miami | 1,677 | 1,766 | 1,771 | 26 |
| Other | 1,663 | 1,649 | 1,639 | 324 |

## PRACTICE AREA

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Litigation | 1,735 | 1,751 | 1,772 | 290 |
| Corporate | 1,614 | 1,608 | 1,620 | 263 |
| IP | 1,683 | 1,658 | 1,619 | 138 |
| Labor & Employment | 1,687 | 1,702 | 1,682 | 87 |
| Tax & ERISA | 1,786 | 1,716 | 1,765 | 66 |
| Real Estate | 1,687 | 1,670 | 1,651 | 61 |
| Other | 1,680 | 1,674 | 1,662 | 346 |

## GENDER

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Male | 1,703 | 1,701 | 1,693 | 801 |
| Female | 1,633 | 1,635 | 1,636 | 348 |

## ETHNICITY

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| White, not Hispanic | 1,690 | 1,686 | 1,681 | 919 |
| Black, not Hispanic | 1,509 | 1,514 | 1,609 | 46 |
| Hispanic | 1,478 | 1,555 | 1,672 | 70 |
| Asian Pacific, not Hispanic | 1,635 | 1,619 | 1,629 | 68 |
| American Indian, not Hispanic | 1,775 | 1,775 | NA | 0 |
| Native Hawaiian or Pacific | 2,025 | 2,425 | 1,775 | 1 |
| Mixed races | 1,638 | 1,718 | 1,790 | 17 |

## FIRM SIZE

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| 1 - 50 attorneys | NA | NA | 1,425 | 1 |
| 51 - 200 attorneys | 1,635 | 1,649 | 1,640 | 204 |
| 201 - 500 attorneys | 1,646 | 1,649 | 1,670 | 461 |
| 501 - 1,000 attorneys | 1,680 | 1,689 | 1,641 | 248 |
| 1,000+ attorneys | 1,734 | 1,728 | 1,689 | 65 |

# VIII – Average Non-Billable Hours

### PARTNERSHIP TENURE

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| 1 - 5 years | 523 | 492 | 519 | 322 |
| 6 - 10 years | 568 | 550 | 576 | 235 |
| 11 - 20 years | 596 | 583 | 611 | 344 |
| More than 20 years | 647 | 629 | 643 | 352 |

### COMPENSATION TRANSPARENCY

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Open | 626 | 601 | 619 | 789 |
| Partially Open | 578 | 566 | 574 | 169 |
| Closed | 505 | 494 | 524 | 293 |

### COMPENSATION SYSTEM

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Pure Lockstep | 554 | 570 | 454 | 14 |
| Generally Lockstep | 527 | 501 | 516 | 187 |
| Not Lockstep at all | 599 | 582 | 605 | 1,045 |

### PARTNERSHIP STATUS

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Equity Partner | 631 | 610 | 618 | 817 |
| Non-Equity Partner | 501 | 482 | 538 | 437 |

### CITY

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| New York | 550 | 560 | 599 | 181 |
| DC / NoVA | 661 | 649 | 650 | 170 |
| Chicago | 483 | 470 | 554 | 119 |
| Los Angeles | 708 | 614 | 601 | 85 |
| San Francisco | 537 | 542 | 611 | 61 |
| Philadelphia | 534 | 526 | 486 | 32 |
| Boston | 649 | 637 | 577 | 50 |
| Atlanta | 652 | 643 | 570 | 40 |
| Dallas | 723 | 657 | 603 | 46 |
| Houston | 613 | 625 | 683 | 30 |
| Silicon Valley | 686 | 675 | 636 | 33 |
| Minneapolis | 675 | 604 | 602 | 26 |
| Seattle | 455 | 428 | 640 | 31 |
| Miami | 446 | 432 | 366 | 27 |
| Other | 582 | 556 | 578 | 322 |

**PRACTICE AREA**

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Litigation | 524 | 493 | 507 | 291 |
| Corporate | 635 | 612 | 645 | 264 |
| IP | 574 | 578 | 660 | 140 |
| Labor & Employment | 556 | 549 | 527 | 87 |
| Tax & ERISA | 594 | 588 | 609 | 64 |
| Real Estate | 565 | 579 | 503 | 63 |
| Other | 625 | 602 | 619 | 343 |

**GENDER**

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| Male | 593 | 571 | 585 | 805 |
| Female | 579 | 554 | 619 | 345 |

**ETHNICITY**

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| White, not Hispanic | 584 | 562 | 590 | 919 |
| Black, not Hispanic | 762 | 745 | 614 | 46 |
| Hispanic | 581 | 569 | 565 | 69 |
| Asian Pacific, not Hispanic | 643 | 620 | 679 | 68 |
| American Indian, not Hispanic | 525 | 525 | NA | 0 |
| Native Hawaiian or Pacific | 225 | 475 | 625 | 1 |
| Mixed races | 566 | 506 | 653 | 18 |

**FIRM SIZE**

|  | 2018 cc | 2018 | 2020 | 2020 Frequency |
|---|---|---|---|---|
| 1 - 50 attorneys | NA | NA | 1,025 | 1 |
| 51 - 200 attorneys | 517 | 494 | 571 | 201 |
| 201 - 500 attorneys | 592 | 558 | 631 | 463 |
| 501 - 1,000 attorneys | 590 | 586 | 589 | 246 |
| 1,000+ attorneys | 588 | 591 | 536 | 67 |

**66** | ©2020 MAJOR, LINDSEY & AFRICA LLC. ALL RIGHTS RESERVED.

# IX – Satisfaction with Total Compensation

## PARTNERSHIP TENURE *(2020)*

| **2020** | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied | 2020 Frequency |
|---|---|---|---|---|---|---|---|---|
| 1 - 5 years | 16% | 39% | 15% | 7% | 6% | 10% | 8% | 317 |
| 6 - 10 years | 21% | 39% | 11% | 7% | 8% | 9% | 6% | 228 |
| 11 - 20 years | 29% | 36% | 9% | 8% | 8% | 6% | 3% | 321 |
| More than 20 years | 33% | 41% | 7% | 5% | 4% | 5% | 4% | 336 |

## PARTNERSHIP TENURE *(2018)*

| **2018** | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied |
|---|---|---|---|---|---|---|---|
| 1 - 5 years | 17% | 36% | 10% | 9% | 9% | 10% | 9% |
| 6 - 10 years | 19% | 39% | 11% | 7% | 9% | 10% | 7% |
| 11 - 20 years | 24% | 33% | 9% | 9% | 10% | 9% | 7% |
| More than 20 years | 27% | 33% | 9% | 5% | 9% | 10% | 9% |

## PARTNERSHIP STATUS *(2020)*

| **2020** | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied | 2020 Frequency |
|---|---|---|---|---|---|---|---|---|
| Equity Partner | 32% | 40% | 9% | 7% | 5% | 5% | 3% | 771 |
| Non-Equity Partner | 12% | 37% | 14% | 7% | 8% | 12% | 10% | 432 |

## PARTNERSHIP STATUS *(2018)*

| **2018** | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied |
|---|---|---|---|---|---|---|---|
| Equity Partner | 27% | 36% | 8% | 7% | 8% | 8% | 6% |
| Non-Equity Partner | 11% | 32% | 13% | 8% | 13% | 12% | 12% |

## PRACTICE AREA *(2020)*

| **2020** | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied | 2020 Frequency |
|---|---|---|---|---|---|---|---|---|
| Litigation | 24% | 41% | 10% | 7% | 8% | 5% | 5% | 278 |
| Corporate | 23% | 40% | 9% | 9% | 7% | 9% | 3% | 253 |
| IP | 30% | 34% | 9% | 5% | 7% | 10% | 5% | 132 |
| Labor & Employment | 26% | 40% | 10% | 5% | 7% | 9% | 2% | 87 |
| Tax & ERISA | 28% | 41% | 9% | 6% | 5% | 6% | 5% | 64 |
| Real Estate | 31% | 31% | 14% | 9% | 5% | 3% | 7% | 58 |
| Other | 24% | 39% | 12% | 6% | 5% | 8% | 8% | 329 |

## PRACTICE AREA *(2018)*

| 2018 | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied |
|---|---|---|---|---|---|---|---|
| Litigation | 21% | 31% | 9% | 9% | 11% | 12% | 7% |
| Corporate | 22% | 35% | 9% | 9% | 7% | 10% | 8% |
| IP | 23% | 35% | 9% | 7% | 8% | 10% | 9% |
| Labor & Employment. | 22% | 45% | 8% | 0% | 9% | 12% | 5% |
| Tax & ERISA | 18% | 42% | 4% | 11% | 13% | 3% | 9% |
| Real Estate | 13% | 41% | 18% | 3% | 15% | 4% | 6% |
| Other | 24% | 32% | 11% | 7% | 8% | 9% | 9% |

## CITY *(2020)*

| 2020 | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied | 2020 Frequency |
|---|---|---|---|---|---|---|---|---|
| New York | 24% | 38% | 10% | 11% | 6% | 7% | 5% | 165 |
| D.C. / NoVA | 28% | 45% | 10% | 6% | 4% | 4% | 4% | 161 |
| Chicago | 17% | 40% | 9% | 6% | 12% | 8% | 8% | 113 |
| Los Angeles | 28% | 33% | 14% | 4% | 5% | 11% | 5% | 81 |
| San Francisco | 30% | 30% | 12% | 7% | 5% | 10% | 7% | 60 |
| Philadelphia | 16% | 39% | 7% | 3% | 19% | 13% | 3% | 31 |
| Boston | 29% | 41% | 18% | 2% | 6% | 4% | 0% | 49 |
| Atlanta | 22% | 46% | 2% | 5% | 0% | 12% | 12% | 41 |
| Dallas | 28% | 35% | 12% | 14% | 5% | 2% | 5% | 43 |
| Houston | 19% | 45% | 7% | 7% | 10% | 10% | 3% | 31 |
| Silicon Valley | 38% | 25% | 16% | 6% | 6% | 6% | 3% | 32 |
| Minneapolis | 25% | 42% | 8% | 8% | 0% | 13% | 4% | 24 |
| Seattle | 23% | 43% | 10% | 3% | 7% | 10% | 3% | 30 |
| Miami | 20% | 40% | 16% | 12% | 12% | 0% | 0% | 25 |
| Other | 26% | 38% | 10% | 6% | 6% | 8% | 6% | 316 |

## CITY *(2018)*

| 2018 | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied |
|---|---|---|---|---|---|---|---|
| New York | 22% | 37% | 7% | 9% | 10% | 8% | 8% |
| D.C. / NoVA | 26% | 36% | 11% | 7% | 11% | 6% | 4% |
| Chicago | 22% | 28% | 13% | 7% | 6% | 14% | 9% |
| Los Angeles | 31% | 35% | 4% | 8% | 2% | 12% | 8% |
| San Francisco | 28% | 36% | 10% | 3% | 12% | 7% | 3% |
| Philadelphia | 12% | 38% | 14% | 6% | 12% | 8% | 10% |
| Boston | 20% | 43% | 12% | 4% | 8% | 8% | 6% |
| Atlanta | 18% | 40% | 8% | 10% | 5% | 10% | 10% |
| Dallas | 28% | 42% | 6% | 3% | 6% | 8% | 8% |
| Houston | 21% | 33% | 12% | 2% | 14% | 2% | 14% |
| Silicon Valley | 25% | 45% | 5% | 10% | 10% | 0% | 5% |
| Minneapolis | 30% | 27% | 3% | 7% | 3% | 13% | 17% |
| Seattle | 18% | 29% | 12% | 6% | 12% | 6% | 18% |
| Miami | 13% | 30% | 7% | 20% | 13% | 10% | 7% |
| Other | 20% | 34% | 10% | 7% | 10% | 12% | 8% |

## LATERAL STATUS *(2020)*

| 2020 | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied | 2020 Frequency |
|---|---|---|---|---|---|---|---|---|
| Joined laterally as partner | 25% | 42% | 10% | 8% | 6% | 6% | 5% | 652 |
| Homegrown from associate | 26% | 35% | 12% | 6% | 7% | 9% | 6% | 541 |

## LATERAL STATUS *(2018)*

| 2018 | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied |
|---|---|---|---|---|---|---|---|
| Joined laterally as partner | 23% | 37% | 9% | 7% | 8% | 7% | 9% |
| Homegrown from associate | 20% | 34% | 10% | 7% | 9% | 12% | 8% |

## COMPENSATION TRANSPARENCY *(2020)*

| 2020 | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied | 2020 Frequency |
|---|---|---|---|---|---|---|---|---|
| Open | 31% | 41% | 9% | 5% | 6% | 6% | 3% | 764 |
| Partially Open | 18% | 39% | 11% | 12% | 9% | 9% | 3% | 153 |
| Closed | 14% | 33% | 15% | 8% | 7% | 12% | 11% | 283 |

**COMPENSATION TRANSPARENCY** *(2018)*

| 2018 | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied |
|---|---|---|---|---|---|---|---|
| Open | 25% | 38% | 8% | 5% | 7% | 9% | 8% |
| Partially Open | 23% | 35% | 10% | 10% | 8% | 11% | 3% |
| Closed | 13% | 29% | 12% | 10% | 15% | 11% | 10% |

**COMPENSATION SYSTEM** *(2020)*

| 2020 | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied | 2020 Frequency |
|---|---|---|---|---|---|---|---|---|
| Pure Lockstep | 69% | 8% | 15% | 0% | 0% | 8% | 0% | 13 |
| Generally Lockstep | 21% | 36% | 10% | 9% | 9% | 8% | 6% | 184 |
| Not Lockstep at all | 25% | 40% | 11% | 6% | 6% | 7% | 5% | 998 |

**COMPENSATION SYSTEM** *(2018)*

| 2018 | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied |
|---|---|---|---|---|---|---|---|
| Pure Lockstep | 11% | 22% | 11% | 22% | 0% | 11% | 22% |
| Generally Lockstep | 23% | 32% | 10% | 12% | 8% | 10% | 7% |
| Not Lockstep at all | 22% | 36% | 9% | 6% | 10% | 10% | 8% |

**FIRM SIZE** *(2020)*

| 2020 | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied | 2020 Frequency |
|---|---|---|---|---|---|---|---|---|
| 1 - 50 attorneys | 100% | 0% | 0% | 0% | 0% | 0% | 0% | 1 |
| 51 - 200 attorneys | 28% | 41% | 6% | 5% | 10% | 6% | 4% | 194 |
| 201 - 500 attorneys | 27% | 38% | 11% | 7% | 4% | 7% | 5% | 448 |
| 501 - 1,000 attorneys | 23% | 36% | 12% | 6% | 7% | 10% | 6% | 235 |
| 1,000+ attorneys | 15% | 45% | 11% | 9% | 6% | 11% | 3% | 65 |

**FIRM SIZE** *(2018)*

| 2018 | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied |
|---|---|---|---|---|---|---|---|
| 51 - 200 attorneys | 20% | 35% | 9% | 7% | 8% | 11% | 10% |
| 201 - 500 attorneys | 19% | 40% | 8% | 7% | 9% | 10% | 8% |
| 501 - 1,000 attorneys | 27% | 35% | 10% | 7% | 7% | 9% | 5% |
| 1,000+ attorneys | 19% | 31% | 11% | 8% | 13% | 9% | 10% |

 | ©2020 MAJOR, LINDSEY & AFRICA LLC. ALL RIGHTS RESERVED.

**GENDER** *(2020)*

| 2020 | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied | 2020 Frequency |
|---|---|---|---|---|---|---|---|---|
| Male | 25% | 40% | 11% | 7% | 6% | 6% | 5% | 812 |
| Female | 24% | 36% | 10% | 6% | 7% | 11% | 6% | 353 |

**GENDER** *(2018)*

| 2018 | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied |
|---|---|---|---|---|---|---|---|
| Male | 23% | 36% | 10% | 7% | 8% | 9% | 7% |
| Female | 19% | 34% | 7% | 8% | 11% | 11% | 11% |

**ETHNICITY** *(2020)*

| 2020 | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied | 2020 Frequency |
|---|---|---|---|---|---|---|---|---|
| White, not Hispanic | 26% | 39% | 11% | 6% | 6% | 8% | 5% | 931 |
| Black, not Hispanic | 15% | 47% | 6% | 11% | 11% | 6% | 4% | 47 |
| Hispanic | 23% | 43% | 10% | 3% | 9% | 6% | 7% | 70 |
| Asian Pacific, not Hispanic | 22% | 33% | 12% | 10% | 9% | 12% | 3% | 69 |
| American Indian, not Hispanic | | | | | | | | 0 |
| Native Hawaiian or Pacific Islander, not Hispanic | 0% | 0% | 100% | 0% | 0% | 0% | 0% | 1 |
| Mixed races | 39% | 28% | 11% | 6% | 0% | 6% | 11% | 18 |

**ETHNICITY** *(2018)*

| 2018 | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied |
|---|---|---|---|---|---|---|---|
| White, not Hispanic | 23% | 35% | 9% | 7% | 9% | 9% | 8% |
| Black, not Hispanic | 17% | 38% | 8% | 4% | 4% | 13% | 17% |
| Hispanic | 14% | 36% | 11% | 25% | 11% | 0% | 4% |
| Asian Pacific, not Hispanic | 15% | 36% | 9% | 15% | 7% | 13% | 6% |
| American Indian, not Hispanic | 0% | 100% | 0% | 0% | 0% | 0% | 0% |
| Native Hawaiian or Pacific Islander, not Hispanic | 50% | 50% | 0% | 0% | 0% | 0% | 0% |
| Mixed races | 23% | 46% | 5% | 0% | 9% | 18% | 0% |

**TOTAL COMPENSATION *(2020)***

| 2020 | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied | 2020 Frequency |
|---|---|---|---|---|---|---|---|---|
| <$300K | 8% | 31% | 13% | 10% | 11% | 17% | 11% | 158 |
| $301K - $500K | 14% | 43% | 12% | 7% | 7% | 9% | 9% | 295 |
| $501K - $1M | 25% | 40% | 11% | 6% | 6% | 8% | 4% | 367 |
| $1.01M - $1.5M | 32% | 40% | 10% | 6% | 8% | 4% | 1% | 155 |
| $1.5M+ | 48% | 35% | 7% | 6% | 2% | 1% | 1% | 222 |

**TOTAL COMPENSATION *(2018)***

| 2018 | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied |
|---|---|---|---|---|---|---|---|
| <$300K | 8% | 31% | 9% | 8% | 15% | 17% | 13% |
| $301K - $500K | 11% | 33% | 15% | 8% | 10% | 12% | 10% |
| $501K - $1M | 25% | 37% | 7% | 7% | 8% | 9% | 7% |
| $1.01M - $1.5M | 34% | 43% | 5% | 6% | 7% | 4% | 2% |
| $1.5M+ | 46% | 33% | 7% | 6% | 3% | 2% | 2% |

**TOTAL ORIGINATIONS *(2020)***

| 2020 | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied | 2020 Frequency |
|---|---|---|---|---|---|---|---|---|
| <$1M | 17% | 39% | 11% | 7% | 8% | 11% | 7% | 403 |
| $1.01M - $2M | 21% | 40% | 13% | 6% | 7% | 8% | 6% | 288 |
| $2.01M - $3M | 27% | 43% | 10% | 6% | 4% | 6% | 4% | 136 |
| $3.01M - $5M | 30% | 37% | 9% | 6% | 8% | 5% | 6% | 128 |
| $5.0M+ | 40% | 35% | 9% | 7% | 4% | 3% | 2% | 188 |

**TOTAL ORIGINATIONS *(2018)***

| 2018 | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied |
|---|---|---|---|---|---|---|---|
| <$1M | 14% | 34% | 11% | 8% | 11% | 13% | 9% |
| $1.01M - $2M | 21% | 34% | 8% | 7% | 12% | 9% | 9% |
| $2.01M - $3M | 24% | 39% | 14% | 8% | 6% | 4% | 6% |
| $3.01M - $5M | 26% | 40% | 6% | 5% | 8% | 8% | 6% |
| $5.0M+ | 40% | 32% | 7% | 6% | 5% | 5% | 6% |

**BILLABLE HOURS** *(2020)*

| 2020 | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied | 2020 Frequency |
|---|---|---|---|---|---|---|---|---|
| <1,500 Hours | 27% | 41% | 7% | 6% | 6% | 8% | 5% | 383 |
| 1,501 - 1,800 Hours | 25% | 38% | 10% | 8% | 8% | 7% | 5% | 336 |
| 1,801 - 2,100 Hours | 22% | 37% | 14% | 6% | 8% | 7% | 7% | 302 |
| 2,101 - 2,400 Hours | 22% | 40% | 15% | 5% | 3% | 11% | 4% | 107 |
| 2,401+ Hours | 36% | 34% | 7% | 10% | 5% | 3% | 5% | 59 |

**BILLABLE HOURS** *(2018)*

| 2018 | Very satisfied | Moderately satisfied | Slightly satisfied | Neutral | Slightly dissatisfied | Moderately dissatisfied | Very dissatisfied |
|---|---|---|---|---|---|---|---|
| <1,500 Hours | 23% | 33% | 8% | 7% | 10% | 10% | 8% |
| 1,501 - 1,800 Hours | 19% | 34% | 10% | 8% | 9% | 11% | 9% |
| 1,801 - 2,100 Hours | 21% | 38% | 11% | 7% | 9% | 8% | 7% |
| 2,101 - 2,400 Hours | 23% | 41% | 6% | 5% | 9% | 13% | 5% |
| 2,401+ Hours | 35% | 27% | 8% | 5% | 8% | 8% | 8% |

| ©2020 MAJOR, LINDSEY & AFRICA LLC. ALL RIGHTS RESERVED.



# Questionnaire

# 2020 Major, Lindsey & Africa Partner Compensation Survey

Thank you for taking part in the 2020 Major, Lindsey & Africa Partner Compensation Survey. Major, Lindsey & Africa has commissioned Acritas, a specialist legal market research agency, to administer this survey on its behalf. Your responses will be kept strictly confidential by Acritas and no identifying information will be associated with your answers or forwarded to Major, Lindsey & Africa or any other party.

Each participant will receive a free copy of the final report. If you are not sure of an answer to a question, please feel free to skip that question.

***First, some general questions about your partnership status and practice.***

Q1. How many years have you been a partner at a law firm in total?  Please include all law firms, including your current one.

> - 1 to 5 years
> - 6 to 10 years
> - 11 to 20 years
> - More than 20 years

Q2. What was your Partnership Status during the 2019 compensation year?

For purposes of this survey, Equity Partners are those who receive no more than half their compensation on a fixed-income basis and Non-Equity Partners are those who receive more than half their compensation on a fixed basis. If your status changed during the year, please use your status as of the end of the year.

> - Equity Partner
> - Non-Equity Partner
> - Not a partner during 2019

Q3. What is your primary practice area?

> - Administrative/ Regulatory
> - Antitrust
> - Banking
> - Bankruptcy
> - Corporate – General
> - Corporate – Emerging Company/Venture Capital
> - Corporate – Finance/ Securities/Capital Markets
> - Corporate – M&A

> - Employment/Labor
> - Energy
> - Entertainment
> - Environmental
> - ERISA/Benefits
> - Government Contracts
> - Healthcare
> - Immigration
> - Insurance
> - International
> - IP – Litigation
> - IP – Transactional

> - Litigation – General
> - Litigation – Appellate
> - Litigation – White Collar/ Securities Enforcement
> - Privacy/Cybersecurity
> - Project Finance
> - Real Estate
> - Tax
> - Trusts & Estates
> - Other (please specify)

 | ©2020 MAJOR, LINDSEY & AFRICA LLC. ALL RIGHTS RESERVED.

Q4. In what city do you primarily practice?

- Akron, OH
- Albuquerque, NM
- Arlington, TX
- Atlanta, GA
- Austin, TX
- Baltimore, MD
- Birmingham, AL
- Boston, MA
- Buffalo, NY
- Charlotte, NC
- Chicago, IL
- Cincinnati, OH
- Cleveland, OH
- Colorado Springs, CO
- Columbia, SC
- Columbus, OH
- Dallas, TX
- Denver, CO
- Detroit, MI
- El Paso, TX
- Fort Worth, TX
- Fresno, CA
- Greenville, SC
- Hartford, CT
- Honolulu, HI
- Houston, TX
- Indianapolis, IN
- Irvine, CA
- Jacksonville, FL
- Kansas City, MO
- Las Vegas, NV
- Long Beach, CA
- Los Angeles, CA
- Louisville, KY
- Memphis, TN
- Mesa, AZ
- Miami, FL
- Milwaukee, WI
- Minneapolis, MN
- Mountain View, CA
- Nashville, TN
- New Orleans, LA
- New York, NY
- Newark, NJ/Northern NJ
- Oakland, CA
- Oklahoma City, OK
- Omaha, NE
- Orange County, CA
- Orlando, FL
- Palo Alto/Silicon Valley, CA
- Philadelphia, PA
- Phoenix, AZ
- Pittsburgh, PA
- Portland, OR
- Providence, RI
- Raleigh, NC
- Richmond, VA
- Sacramento, CA
- San Antonio, TX
- San Diego, CA
- San Francisco, CA
- San Jose, CA
- Seattle, WA
- St. Louis, MO
- Tallahassee, FL
- Tampa, FL
- Tucson, AZ
- Tulsa, OK
- Virginia Beach/ Tidewater, VA
- Washington, D.C./NoVA
- Westchester, NY
- Winston-Salem, NC
- Other (please specify)

Q5. Did you join your present firm (i) laterally as a partner from another law firm, (ii) laterally as a partner from government service or private industry, or (iii) were you previously an associate or counsel with your present firm before making partner?

- I joined my present firm laterally as a partner from another law firm
- I joined my present firm laterally as a partner from government service or private industry
- I was previously an associate or counsel with my present firm before making partner

Q6. Is your firm's compensation system an open or closed one, i.e., do partners know what other partners make?

- Open: Partners know what everyone makes, or can easily find out
- Partially Open: Partners know ranges of compensation, but do not know exactly who makes what
- Closed: Partners do not know what anyone else makes

Q7. Is your firm's compensation system pure lockstep, generally lockstep but allows for some variance based on certain factors, or not lockstep at all?

> My firm is pure lockstep
> My firm is generally lockstep, but allows for some variance
> My firm is not lockstep at all

***Now some questions about your billing rate, hours, compensation and originations.***

Q8. What was your standard hourly billing rate for 2019?  If your rate changed, please select the option which reflects the majority of the year.

> Drop down menu of values ranging from "less than $50" to "$2,000 or more," in $25/hour increments.

Q8a. What was your standard discount off your hourly billing rate for 2019?

> No standard discount
> <5%
> 5-10%
> 11-15%

> 16-20%
> 21-25%
> 26-30%
> 31-35%

> 36-40%
> 41-45%
> 46-50%
> >50%

Q9. What were your total billable hours for 2019?

> Drop down menu of values ranging from "less than 1,000 hours" to "3,000 hours or more," in 50-hour increments

Q10. What were your total non-billable hours for 2019?

> Drop down menu of values ranging from "less than 50 hours" to "1,000 hours or more," in 50-hour increments.

Q11. What was your total compensation for 2019 (including base and bonus, but excluding one-time contingency case payments, signing bonuses or other unusual payments that are not likely to re-occur)?

> Drop down menu of values ranging from "less than $100K" to "$8M or more," in $50,000 increments.

***OPTIONAL COVID QUESTIONS***

Q11a. Was your 2019 total compensation/capital affected by the COVID-19 pandemic?

> Yes                                                    > No

Q11b. How was your 2019 compensation affected? [Check all that apply]

> My draw was reduced by ___% [increment ranges of 5%]
> My base compensation was reduced by ___% [increment ranges of 5%]
> My previously anticipated bonus was reduced by ___% [increment ranges of 5%]
> My capital was increased by ___% [increment ranges of 5%]

 | ©2020 MAJOR, LINDSEY & AFRICA LLC. ALL RIGHTS RESERVED.

Q11c. Is your 2020 compensation/capital expected to be affected by the COVID-19 pandemic?

> Yes
> No

Q11d. How is your 2020 compensation/capital expected to be affected: [Check all that apply]

> My draw was/is expected to be reduced by ____% [increment ranges of 5%]
> My base compensation was/is expected to be reduced by ____%  [increment ranges of 5%]
> My previously anticipated bonus was/is expected to be reduced by ____% [increment ranges of 5%]
> My capital was/is expected to be increased by ____% [increment ranges of 5%]

Q12. What were your total originations for 2019? If your firm doesn't track originations, please provide your best estimate if possible.  By total originations, we mean the total dollar value of work performed and collected by you and the other attorneys at your firm for which your efforts were the proximate cause of such work coming to the firm.

> Drop down menu of values ranging from "less than $100K" to "$30M or more," in $100,000 increments through $10M and $1M increments between $10-30M; Don't know/not sure.

Q13. What were your total working attorney receipts for 2019?

By total working attorney receipts, we mean the number of dollars collected (or expected to be collected) by your firm for work performed personally by you (e.g., your billable hours multiplied by your billing rate) in a fiscal year, even if it was collected in the following fiscal year.  [Please exclude one-time contingency case payments or other unusual payments that are unlikely to re-occur.]

> Drop down menu of values ranging from "less than $100K" to "$5M or more," in $100,000 increments; Don't know/not sure.

Q14. Generally, how satisfied are you with your total compensation?

> Very satisfied
> Moderately satisfied
> Slightly satisfied
> Neutral
> Slightly dissatisfied
> Moderately dissatisfied
> Very dissatisfied

***Finally, just a few demographic questions.***

Q15. What is your age?

> Drop down menu of values ranging from 20 to over 80

CONTINUED ON NEXT PAGE

Q16. At what age do you expect to retire?

| | | |
|---|---|---|
| › Prior to 50 | › 61 | › 73 |
| › 50 | › 62 | › 74 |
| › 51 | › 63 | › 75 |
| › 52 | › 64 | › 76 |
| › 53 | › 65 | › 77 |
| › 54 | › 66 | › 78 |
| › 55 | › 67 | › 79 |
| › 56 | › 68 | › 80 |
| › 57 | › 69 | › After 80 |
| › 58 | › 70 | › Don't know/not sure |
| › 59 | › 71 | › I don't plan to retire |
| › 60 | › 72 | |

Q17. Do you work full-time or part-time?

› I work full-time        › I work part-time

Q17a. [For those that work part-time.] What is your work schedule, expressed as a percentage of what full-time partners at your firm are expected to work?

| | | |
|---|---|---|
| › 5% | › 40% | › 75% |
| › 10% | › 45% | › 80% |
| › 15% | › 50% | › 85% |
| › 20% | › 55% | › 90% |
| › 25% | › 60% | › 95% |
| › 30% | › 65% | |
| › 35% | › 70% | |

Q18. What is your gender?

| | |
|---|---|
| › Female | › Prefer to self-describe |
| › Male | › Prefer not to say |
| › Non-binary/third gender | |

Q19. Which of the following statuses do you most closely associate with?

| | |
|---|---|
| › Heterosexual | › Prefer not to say |
| › Gay or lesbian | |
| › Bisexual | |
| › Prefer to self-describe | |

80 | ©2020 MAJOR, LINDSEY & AFRICA LLC. ALL RIGHTS RESERVED.

Q20. Which of these categories, used by the American Bar Association, best describes your ethnicity?

- White, not Hispanic
- Black, not Hispanic
- Hispanic
- Asian Pacific, not Hispanic
- American Indian, not Hispanic

- Native Hawaiian or Pacific Islander, not Hispanic
- Mixed races
- Prefer not to say

\*   \*   \*   \*   \*

By hitting the Submit button, you will be completing this survey and submitting your responses to Acritas.

Thank you for participating in the Major, Lindsey & Africa Partner Compensation Survey. For Managing Partners and members of firm management who want a more detailed briefing on the results of this survey, please contact Jeffrey Lowe, Global Practice Leader, Law Firm Practice and Managing Partner, Washington, D.C., at jlowe@mlaglobal.com or 202-628-0661.To learn more about Major, Lindsey & Africa, visit www.mlaglobal.com.



©2020 Major, Lindsey & Africa LLC.
All rights reserved.
An Allegis Group Company.

**WWW.MLAGLOBAL.COM**