UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>ILIKEAD MEDIA INTERNATIONAL COMPANY LTD., et al.,<br><br>        Defendants. | Case No. 19-cv-07971-SK<br><br>**ORDER REQUIRING FURTHER SUPPORT**<br><br>Regarding Docket No. 38 |

On December 13, 2021, the Court issued an Order requiring Meta Platforms, Inc., formerly known as Facebook ("Plaintiff") to provide support for its requested attorneys' fees and costs. Upon review of Plaintiff's supplemental brief and declaration, the Court finds that Plaintiff has not sufficiently supported its request. Plaintiff's counsel expended 430.6 hours working on this case, which seems excessive considering that Defendants never appeared and contested this matter. However, the Court cannot fully evaluate whether the number of hours expended was reasonable based on the current record. While the Court does not require Plaintiffs to file counsel's billing records, the Court needs more information regarding how much time each attorney expended on each task, such as researching claims or drafting the motion for default judgment. Additionally, Plaintiffs shall provide further support to demonstrate that the rates for senior and junior associates it seeks to recover are the prevailing rates in this District. Lastly, Plaintiffs shall provide authority to demonstrate that the costs it seeks, such as translation fees and private investigator costs are

/ / /

/ / /

/ / /

/ / /

recoverable under Federal Rule of Civil Procedure 54(b), as well as the supporting receipts. Plaintiff shall provide the required additional support by no later than January 25, 2022.

**IT IS SO ORDERED**.

Dated: January 18, 2022

_____
SALLIE KIM
United States Magistrate Judge