**EXHIBIT FILED UNDER SEAL**

**EXHIBIT A**

**EXHIBIT FILED UNDER SEAL**

**EXHIBIT B**

**EXHIBIT FILED UNDER SEAL**

**EXHIBIT C**

**EXHIBIT FILED UNDER SEAL**

**EXHIBIT D**



HUNTON
ANDREWS KURTH

A317451

## CHARGE VOUCHER

| Date: | December 13, 2019 | | Accounting Use ONLY: | |
|---|---|---|---|---|
| Pay To / Credit To: | Capital One N.A. Corp. Card - Mark Johnson | | Vendor # : | |
| Invoice Number: | 0971-13951089   26LVHPHD | Invoice Date: | 12/5/2019 | LogIn Date : | |
| | | | | Entry By : | |
| Descriptive Text: | Pay.gov Payment Confirmation: CAND CM ECF - Filing Fee for Complaint | | On Hold : | |
| | | | Pay Date : | |
| | | | Release : | |
| | | | Session # : | |

< Vendor Checks are Mailed Directly to Address on File >

| C/M or GL Description: | C/M or GL Number: | Disbursement Code | Description: | Amount: |
|---|---|---|---|
| Facebook | | | |
| Chen Cong | 073923.0000038 | 22 | Filing Fees | 400.00 |
| | | | |
| | | | |
| | | | |
| | | | |

|  | TOTAL: | $ | 400.00 |
|---|---|---|---|

| Requested By: | | | |
|---|---|---|---|
| | Jason Kim | 12852 | 12-13-2019 |
| | | ID No. | Date |

| Approved By: | Jason Kim | 12852 | 12-12-2019 |
|---|---|---|---|
| | | ID No. | Date |
| ☑ See attached email. | APPROVAL REQUIRED BY SIGNATURE OR EMAIL | | |

| Prepared By: | Maria L. Quinonez | 10872 | 12-13-2019 | Phone Ext. |
|---|---|---|---|---|
| | | ID No. | Date | 52199 |

| Special Handling: | Please Pay Vendor Directly.  Thank you! |
|---|---|

**Quinonez, Maria L.**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, December 5, 2019 7:43 AM |
| **To:** | Johnson, Mark |
| **Subject:** | Pay.gov Payment Confirmation: CAND CM ECF |

Your payment has been submitted to https://urldefense.proofpoint.com/v2/url?u=http-3A__Pay.gov&d=DwICAg&c=jxhwBfk-KSV6FFIot0PGng&r=wSugxfkIfUxgc-jJRmzXuwA1yC8efYC4dydT5AmSzr4&m=gmi1rEscOpEKx_iCiHLbs-mIQRKJXpgOvnvhOsSXuHY&s=n-HO9JAxkPYIPULikqpwd_4g1Ba1dBjcSYvg4KB5Vig&e=  and the details are below. If you have any questions or you wish to cancel this payment, please contact CAND Help Desk at (866) 638-7829.

Application Name: CAND CM ECF
https://urldefense.proofpoint.com/v2/url?u=http-3A__Pay.gov&d=DwICAg&c=jxhwBfk-KSV6FFIot0PGng&r=wSugxfkIfUxgc-jJRmzXuwA1yC8efYC4dydT5AmSzr4&m=gmi1rEscOpEKx_iCiHLbs-mIQRKJXpgOvnvhOsSXuHY&s=n-HO9JAxkPYIPULikqpwd_4g1Ba1dBjcSYvg4KB5Vig&e=  Tracking ID: 26LVHPHD Agency Tracking ID: 0971-13951039 Transaction Type: Sale Transaction Date: Dec 5, 2019 10:43:07 AM

Account Holder Name: Mark Johnson
Transaction Amount: $400.00
Card Type: MasterCard
Card Number: ***********0648

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

**EXHIBIT E**



# CHARGE VOUCHER

| | | | | Accounting Use ONLY: | |
|---|---|---|---|---|---|
| **Date:** | March 27, 2020 | | | | |
| **Pay To / Credit To:** | **Civil Action Group, Ltd** | | | **Vendor # :** | |
| **Invoice Number:** | APS File No: 282155-0002 | **Invoice Date:** | 3/19/2020 | **LogIn Date :** | |
| | | | | **Entry By :** | |
| | | | | **On Hold :** | |
| **Descriptive Text:** | Quote for Services re International Service of Process (New address). | | | **Pay Date :** | |
| | | | | **Release :** | |
| | | | | **Session # :** | |

**< Vendor Checks are Mailed Directly to Address on File >**

| C/M or GL Description: | C/M or GL Number: | Disbursement Code \| Description: | Amount: |
|---|---|---|---|
| Facebook, Inc. | | | |
| Chen Cong | 073923.0000038 | 47 \| Service of Summons | $1,132.00 |
| | | | |
| | | | |
| | | | |
| | | | |

| | TOTAL: | $ | 1,132.00 |
|---|---|---|---|

| Requested By: | | 23997 | 03-27-2020 |
|---|---|---|---|
| Jeff R.R. Nelson | | ID No. | Date |

| Approved By: | | 23997 | 3-27-202 |
|---|---|---|---|
| Jeff R. R. Nelson | | ID No. | Date |
| ☐ *See attached email.* | **APPROVAL REQUIRED BY SIGNATURE OR EMAIL** | | |

| Prepared By: | Roxana Guevara | 12232 | 03-27-2020 | Phone Ext. |
|---|---|---|---|---|
| | | ID No. | Date | 52152 |

| **Special Handling:** Please cut a quick check as soon as possible, and please mail today directly to Vendor.  Thanks. |
|---|



# Civil Action Group
## dba APS International, Ltd.
**International Division · 7800 Glenroy Road**
**Bloomington, Minnesota  55439-3122**
**(952) 831-7776**

*APS FILE#282155-1-2 /*
*Q u o t e   t o   C l i e n t*
*March 19, 2020*

*BILL TO:*

**HUNTON ANDREWS KURTH LLP**
**Attn: Mr. Jeff R. R. Nelson**
**550 S. Hope St., Ste. 2000**
**Los Angeles, CA  90071-2627**

Please make all checks
payable to:

**Civil Action Group, Ltd.**

| | |
|---|---|
| Case Name: | Facebook, Inc.  v  ILikeAd Media International Company Ltd. |
| Attorney File #: | 073923.0000038 |

---

## CHARGES        APS File No: 282155-0001

Subject:       ILikeAd Media International Company Ltd.
Location:        , China

| Date | Service Type | Quantity | Price | Extended |
|---|---|---|---|---|
| 19-Mar-2020 | Hague Processing - China | 1 | $320.00 | 320.00 |
| 19-Mar-2020 | Surcharge imposed by foreign court | 1 | $125.00 | 125.00 |
| 19-Mar-2020 | Translation of Proof-Chinese | 1 | $65.00 | 65.00 |
| 19-Mar-2020 | Copy Charges | 140 | $0.40 | 56.00 |

## CHARGES        APS File No: 282155-0002

Subject:       Tao, Huang
Location:        , China

| Date | Service Type | Quantity | Price | Extended |
|---|---|---|---|---|
| 19-Mar-2020 | Hague --Addtl. Defendant | 1 | $320.00 | 320.00 |
| 19-Mar-2020 | Surcharge imposed by foreign court | 1 | $125.00 | 125.00 |
| 19-Mar-2020 | Translation of Proof-Chinese | 1 | $65.00 | 65.00 |
| 19-Mar-2020 | Copy Charges | 140 | $0.40 | 56.00 |

| | |
|---|---|
| **Subtotal Fees for this Case:** | **1,132.00** |

**Total Fees (all cases):**   **$1,132.00**

We accept Visa and Mastercard.

IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS STATEMENT WITH PAYMENT.
APS Federal Tax ID:  41-1954233



# CHARGE VOUCHER

| Date: | June 24, 2020 | | | Accounting Use ONLY: | |
|---|---|---|---|---|---|
| Pay To / Credit To: | **Civil Action Group, Ltd** | | | Vendor # : | |
| Invoice Number: | APS FILE#282280-1-2-3 | Invoice Date: | 6/24/2020 | LogIn Date : | |
| | | | | Entry By : | |
| **Descriptive Text:** | Revised translations and service of process | | | On Hold : | |
| | | | | Pay Date : | |
| | | | | Release : | |
| | | | | Session # : | |

| < Vendor Checks are Mailed Directly to Address on File > |
|---|

| C/M or GL Description: | C/M or GL Number: | Disbursement Code \| Description: | Amount: |
|---|---|---|---|
| Facebook, Inc. | | | |
| Chen Cong | 073923.0000038 | 47 \| Service of Summons | 2,805.20 |
| | | | |
| | | | |
| | | | |
| | | | |

| | TOTAL: | $ | 2,805.20 |
|---|---|---|---|

| Requested By: | | 23997 | 06-24-2020 |
|---|---|---|---|
| | Jeff R.R. Nelson | ID No. | Date |

| Approved By: | | 23997 | 06-24-2020 |
|---|---|---|---|
| | Jeff R. R. Nelson | ID No. | Date |
| | ☐ See attached email. | APPROVAL REQUIRED BY SIGNATURE OR EMAIL | |

| Prepared By: | Mark Johnson | 23886 | 06-24-2020 | Phone Ext. |
|---|---|---|---|---|
| | | ID No. | Date | 52161 |

| **Special Handling:** Please cut a quick check as soon as possible, and please mail today directly to Vendor.  Thanks. |
|---|



# Civil Action Group
## dba APS International, Ltd.

**International Division · 7800 Glenroy Road**
**Bloomington, Minnesota 55439-3122**
**(952) 831-7776**

*APS FILE#282280-1-2-3 /*
*Quote to Client*

*June 24, 2020*

*BILL TO:*

**HUNTON ANDREWS KURTH LLP**
**Attn: Mr. Jeff R. R. Nelson**
**550 S. Hope St., Ste. 2000**
**Los Angeles, CA 90071-2627**

Please make all checks
payable to:

**Civil Action Group, Ltd.**

Case Name:        Facebook, Inc.  v  ILikeAd Media International Company Ltd.
Attorney File #:

## CHARGES          *APS File No: 282280-0001*

Subject:          Cong, Chen Ran
Location:         Hubei Province, China

| Date | Service Type | Quantity | Price | Extended |
|------|--------------|----------|-------|----------|
| 24-Jun-2020 | Hague Processing - China | 1 | $480.00 | 480.00 |
| 24-Jun-2020 | Surcharge imposed by foreign court | 1 | $125.00 | 125.00 |
| 24-Jun-2020 | Translation of Proof-Chinese | 1 | $65.00 | 65.00 |
| 24-Jun-2020 | Language: Chinese | 1 | $685.00 | 685.00 |
| 24-Jun-2020 | Color Copy Charges | 63 | $1.00 | 63.00 |
| 24-Jun-2020 | Copy Charges | 201 | $0.40 | 80.40 |

## CHARGES          *APS File No: 282280-0002*

Subject:          ILikeAd Media International Company Ltd.
Location:         , China

| Date | Service Type | Quantity | Price | Extended |
|------|--------------|----------|-------|----------|
| 24-Jun-2020 | Hague --Addtl. Defendant | 1 | $320.00 | 320.00 |
| 24-Jun-2020 | Surcharge imposed by foreign court | 1 | $125.00 | 125.00 |
| 24-Jun-2020 | Translation of Proof-Chinese | 1 | $65.00 | 65.00 |
| 24-Jun-2020 | Color Copy Charges | 63 | $1.00 | 63.00 |
| 24-Jun-2020 | Copy Charges | 201 | $0.40 | 80.40 |

We accept Visa and Mastercard.

IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS STATEMENT WITH PAYMENT.        *Page 1 of 2*
APS Federal Tax ID:  41-1954233

## _CHARGES_        *APS File No: 282280-0003*

Subject:          Tao, Huang
Location:         , China

| Date | Service Type | Quantity | Price | Extended |
|------|--------------|----------|-------|----------|
| 24-Jun-2020 | Hague --Addtl. Defendant | 1 | $320.00 | 320.00 |
| 24-Jun-2020 | Surcharge imposed by foreign court | 1 | $125.00 | 125.00 |
| 24-Jun-2020 | Translation of Proof-Chinese | 1 | $65.00 | 65.00 |
| 24-Jun-2020 | Color Copy Charges | 63 | $1.00 | 63.00 |
| 24-Jun-2020 | Copy Charges | 201 | $0.40 | 80.40 |

**Subtotal Fees for this Case:**          **2,805.20**

**Total Fees (all cases):**     **2,805.20**

**Total Due This Statement:**     **$2,805.20**

We accept Visa and Mastercard.

IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS STATEMENT WITH PAYMENT.
APS Federal Tax ID:  41-1954233

*Page 2 of 2*

**EXHIBIT F**



A322987

## CHARGE VOUCHER

| | |
|---|---|
| Date: | January 10, 2020 |
| Pay To / Credit To: | Civil Action Group dba APS International, Ltd |
| Invoice Number: | APS File No: 281891-0003 |
| Invoice Date: | 1/9/2020 |

| Accounting Use ONLY: | |
|---|---|
| Vendor # : | 032022 |
| LogIn Date : | |
| Entry By : | FB |
| On Hold : | |
| Pay Date : | 1/9 |
| Release : | |
| Session # : | 71515 |

Descriptive Text: Quote for Translatiion Services re International Service of Process.

< Vendor Checks are Mailed Directly to Address on File >

| C/M or GL Description: | C/M or GL Number: | Disbursement Code | Description: | Amount: |
|---|---|---|---|
| Facebook, Inc. | | | |
| Chen Cong | 073923.0000038 | 68 | Translations | $3,445.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| | **TOTAL:** $ | **3,445.00** |

| Requested By: | X | | |
|---|---|---|---|
| | Jeff R R Nelson | 23997 | 01-10-2020 |
| | | ID No. | Date |

| Approved By: | X | | |
|---|---|---|---|
| | Ann Marie Mortimer | 10427 | 01-10-2020 |
| | ☐ See attached email | ID No. | Date |

APPROVAL REQUIRED BY SIGNATURE OR EMAIL

| Prepared By: | Roxana Guevara | 12232 | 01-10-2020 | Phone Ext. |
|---|---|---|---|---|
| | | ID No. | Date | 52152 |

Special Handling: Please cut a quick check as soon as possible, and have it print at: LA Printer. Thanks.

*Return check to Roxana Guevara in LA*

10/15/2018



**Civil Action Group**

dba APS International, Ltd.

APS International Plaza · 7800 Glenroy Road
Bloomington, Minnesota  55439-3122
(952) 831-7776

*QUOTE*
*APS File No: 281891-0003*

*January 09, 2020*

Please make all checks
payable to:

Civil Action Group, Ltd.

**BILL TO:**

HUNTON ANDREWS KURTH LLP
Attn: Mr. Jeff R.R. Nelson
550 South Hope Street, Suite 2000
Los Angeles, CA  90071

Case Name:     Facebook, Inc.  v  ILikeAd Media International Company Ltd.
Attorney File #:
Subject:       Chinese Translation
Location:

## CHARGES

| Date | Service Type | Quantity | Price | Extended | Amount Paid | Balance Due |
|------|-------------|----------|-------|----------|-------------|-------------|
| 09-Jan-2020 | Language: Chinese | 4 | 32.50 | 130.00 | | |
| 09-Jan-2020 | Language: Chinese | 8 | 97.50 | 780.00 | | |
| 09-Jan-2020 | Language: Chinese | 39 | 65.00 | 2,535.00 | | |
| | | Total Charges: | | 3,445.00 | | |

Balance Due:                                              $3,445.00

We accept Visa and Mastercard.

*Page 1 of 1*

IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS QUOTE WITH PAYMENT.
APS Federal Tax ID #41-1954233





A333140

## CHARGE VOUCHER

| | | | Accounting Use ONLY: | |
|---|---|---|---|---|
| Date: | February 18, 2020 | | Vendor # : | |
| Pay To / Credit To: | Capital One N.A. Corp. Card - Sonia R. Guevara | | LogIn Date : | |
| Invoice Number: | 281891-0002-0004 | Invoice Date: | 2/11/2020 | Entry By : |
| | | | On Hold : | |
| Descriptive Text: | Translation & Service of Documents in China (Balance Due for APS Invoice Nos.: 281891-0002-0004) | | Pay Date : | |
| | | | Release : | |
| | | | Session # : | |

**◄ Vendor Checks are Mailed Directly to Address on File ►**

| C/M or GL Description: | C/M or GL Number: | Disbursement Code | Description: | Amount: |
|---|---|---|---|
| Facebook | | | |
| ILikeAd (Chen Cong) | 073923.0000038 | 68 | Translations | 1,404.00 |
| | | | |
| | | | |
| | | | |
| | | | |

| | | TOTAL: | $ | 1,404.00 |
|---|---|---|---|---|

| Requested By: | | 23997 | 02-18-2020 |
|---|---|---|---|
| | Jeff Nelson | ID No. | Date |

| Approved By: | Jeff Nelson | 23998 | 02-18-2020 |
|---|---|---|---|
| | ☑ See attached email. | ID No. | Date |
| | **APPROVAL REQUIRED BY SIGNATURE OR EMAIL** | | |

| Prepared By: Maria L QUinonez | | 10872 | 02-18-2020 | Phone Ext. |
|---|---|---|---|---|
| | | ID No. | Date | 52199 |

**Special Handling:** Please Pay Vendor Directly.  Thank you!

https://www.eprocessingnetwork.com/msc/index.pl

CIVIL ACTION GROUP. LTD
7800 GLENROY ROAD
MINNEAPOLIS, MN 55439
9528308319

Credit Sale Transaction
02/14/2020 08:51 AM

| | |
|---|---|
| Invoice: | 6283 |
| Amount: | USD $1404.00 |
| Total: | 1404.00 |
| Amount Paid: | 1404.00 |

Payment Information

| | |
|---|---|
| Payment: | 1404.00 |
| AuthCode: | 044962 |
| Card Type: | MASTERCARD |
| Card: | ************7545 |
| Exp: | **/**** |

TranID:       20200214085128-0311284-6283

Description:                International

Huntin Andrews Kurth
(Customer Copy)
Retain this copy for statement verification.

2/14/2020 8:51 AM



**Civil Action Group**
dba APS International, Ltd.
International Division · 7800 Glenroy Road
Bloomington, Minnesota 55439-3122
(952) 831-7776

**FEE QUOTE**

*February 11, 2020*

**BILL TO:**

HUNTON ANDREWS KURTH LLP
Attn: Mr. Jeff R. R. Nelson
550 S. Hope St., Ste. 2000
Los Angeles, CA 90071-2627

Please make all checks
payable to:

Civil Action Group, Ltd.

Case Name:     Facebook, Inc.  v  ILikeAd Media International Company Ltd.
Attorney File #:   073923.0000038

## CHARGES          APS File No: 281891-0002 ✓

Subject:       ILikeAd Media International Comp
Location:      Panyu District, Guangzhou City, Guangdong Province, China

| Date | Service Type | Quantity | Price | Extended |
|------|--------------|----------|-------|----------|
| 11-Feb-2020 | Hague Processing - China | 1 | $480.00 | 480.00 |
| 11-Feb-2020 | Surcharge imposed by foreign court | 1 | $125.00 | 125.00 |
| 11-Feb-2020 | Translation of Proof-Chinese | 1 | $65.00 | 65.00 |
| 11-Feb-2020 | Copy Charges | 280 | $0.40 | 112.00 |

## CHARGES          APS File No: 281891-0003

Subject:       Chinese Translation
Location:

| Date | Service Type | Quantity | Price | Extended |
|------|--------------|----------|-------|----------|
| 09-Jan-2020 | Language: Chinese | 4 | $32.50 | 130.00 |
| 09-Jan-2020 | Language: Chinese | 8 | $97.50 | 780.00 |
| 09-Jan-2020 | Language: Chinese | 39 | $65.00 | 2,535.00 |

## CHARGES          APS File No: 281891-0004

Subject:       Tao, Huang
Location:      Panyu District, Guangzhou City, Guangdong Province, China

| Date | Service Type | Quantity | Price | Extended |
|------|--------------|----------|-------|----------|
| 11-Feb-2020 | Hague --Addtl. Defendant | 1 | $320.00 | 320.00 |

We accept Visa and Mastercard.

IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS STATEMENT WITH PAYMENT.
APS Federal Tax ID: 41-1954233

*Page 1 of 2*

2/24/2020 — Hunton Andrews Kurth LLP — Report: HW_AP
4:24 PM — **Invoice Session Edit List** — Req'd By: 16246
— Currency: XXX

From/To Session:    72478 — 72478
From/To Create Date:    2/24/2020 -- 2/24/2020

Session: 72478         Created By:16246  CASALE, ELIZABETH        Control Total: 5,512.95

---

Vendor:  084300   Capital One Bank - Mastercard
Address1:
Address2:
Address3:
Address4:
City:                 State:               Country:              Postal Code:
Invoice:  2818910005      Date:     2/14/2020    Due Date:  3/15/2103    Terms:      NT45
PO Num: 0                              Ref Num:            Image ID:     A333139
Bank:    100100           ACH/EFT:0         Sep Chk:  N        Bill Pmt Reqd:  N
Inv Amt:  $195.00                   Tax Amt:             1099 Amt:    $195.00
Narrative: SONIA ROXANA GUEVARA - CIVIL ACTION GROUP, LT - Translation and Service of Documents - Review and Execution of Affidavit 02.14.20

Client:  073923       Matter: 0000038      Disb Code: 0068      Base Amt: $195.00
Narrative:    VENDOR: Capital One Bank - Mastercard; INVOICE#: 2818910005; DATE: 2/17/2020 - SONIA ROXANA GUEVARA - CIVIL ACTION GROUP,
          LT - Translation and Service of Documents - Review and Execution of Affidavit 02.14.20

      Disb Offset Total: 1      Base Amt: $195.00      ToBill Amt: $195.00      Qty:  0.00

---

Vendor:  084300   Capital One Bank - Mastercard
Address1:
Address2:
Address3:
Address4:
City:                 State:               Country:              Postal Code:
Invoice:  2818910004      Date:     2/14/2020    Due Date:  3/15/2103    Terms:      NT45
PO Num: 0                              Ref Num:            Image ID:     A333140
Bank:    100100           ACH/EFT:0         Sep Chk:  N        Bill Pmt Reqd:  N
Inv Amt:  $1,404.00               Tax Amt:             1099 Amt:    $1,404.00
Narrative: SONIA ROXANA GUEVARA - CIVIL ACTION GROUP, LT - Translation & Service of Documents in China (Balance due for APS invoice 281891-0004)

Client:  073923       Matter: 0000038      Disb Code: 0068      Base Amt: $1,404.00
Narrative:    VENDOR: Capital One Bank - Mastercard; INVOICE#: 2818910004; DATE: 2/14/2020 - SONIA ROXANA GUEVARA - CIVIL ACTION GROUP,
          LT - Translation & Service of Documents in China (Balance due for APS invoice 281891-0004)

      Disb Offset Total: 1      Base Amt: $1,404.00      ToBill Amt: $1,404.00      Qty:  0.00

---

      Session Invoice Total:        $5,512.95      GL Offset Count:  16        Disb Offset Count:  6

      Session Total:             5,512.95      Invoice Count:     22

      Report Total:             5,512.95      Invoice Count:     22

Start Time:  4:24 PM
End Time:  4:24 PM

| Date | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| 11-Feb-2020 | Surcharge imposed by foreign court | 1 | $125.00 | 125.00 |
| 11-Feb-2020 | Translation of Proof-Chinese | 1 | $65.00 | 65.00 |
| 11-Feb-2020 | Copy Charges | 280 | $0.40 | 112.00 |

**Subtotal Fees for this Case:** 4,849.00

**Total Fees (all cases):** **4,849.00**

## PAYMENTS

| Date | Check Number | Check Amount | Amount Allocated to Above Items |
|------|--------------|--------------|---------------------------------|
| **16-Jan-2020** | **1103883** | **$3,445.00** | 3,445.00 |

**Total Allocated to Above Items:** 3,445.00

We accept Visa and Mastercard.                    **Total Due This Statement:** **$1,404.00** ✓

IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS STATEMENT WITH PAYMENT.          *Page 2 of 2*
APS Federal Tax ID: 41-1954233



**HUNTON**
ANDREWS KURTH



A333139

## CHARGE VOUCHER

| | | | Accounting Use ONLY: | |
|---|---|---|---|---|
| **Date:** | February 18, 2020 | | **Vendor # :** | |
| **Pay To / Credit To:** | Capital One N.A. Corp. Card - Sonia R. Guevara | | **LogIn Date :** | |
| **Invoice Number:** | 281891-0005 | **Invoice Date:** 2/13/2020 | **Entry By :** | |
| | | | **On Hold :** | |
| **Descriptive Text:** | Translation & Service of Documents - Review and Execution of Affidavit | | **Pay Date :** | |
| | | | **Release :** | |
| | | | **Session # :** | |

### ◄ Vendor Checks are Mailed Directly to Address on File ►

| C/M or GL Description: | C/M or GL Number: | Disbursement Code I Description: | Amount: |
|---|---|---|---|
| Facebook<br>ILikeAd (Chen Cong) | 073923.0000038 | 68 I Translations | 195.00 |
| | | | |
| | | | |
| | | | |
| | | | |

| | | **TOTAL:** | **$** | **195.00** |
|---|---|---|---|---|

| **Requested By:** | | | | |
|---|---|---|---|---|
| | Jeff Nelson | 23997 | 02-18-2020 | |
| | | ID No. | Date | |

| **Approved By:** Jeff Nelson | | 23998 | 02-18-2020 |
|---|---|---|---|
| | | ID No. | Date |

☑ *See attached email.*     APPROVAL REQUIRED BY SIGNATURE OR EMAIL

| **Prepared By:** Maria L Quinonez | 10872 | 02-18-2020 | **Phone Ext.** |
|---|---|---|---|
| | ID No. | Date | 52199 |

**Special Handling:** Please Pay Vendor Directly. Thank you!

https://www.eprocessingnetwork.com/msc/index.pl

CIVIL ACTION GROUP, LTD
7800 GLENROY ROAD
MINNEAPOLIS, MN 55439
9528308319

Credit Sale Transaction
02/14/2020 09:19 AM

| | |
|---|---|
| Invoice: | 6284 |
| Amount: | USD $195.00 |
| Total: | 195.00 |
| Amount Paid: | 195.00 |

Payment Information

| | |
|---|---|
| Payment: | 195.00 |
| AuthCode: | 022533 |
| Card Type: | MASTERCARD |
| Card: | **********7545 |
| Exp: | **/**** |

TranID:        20200214091913-0311284-6284

Description:                        International

Hunton Andrews Kurth
(Customer Copy)
Retain this copy for statement verification.



**Civil Action Group**
dba APS International, Ltd.

APS International Plaza · 7800 Glenroy Road
Bloomington, Minnesota 55439-3122
(952) 831-7776

*QUOTE*
*APS File No: 281891-0005*
*February 13, 2020*

Please make all checks
payable to:

Civil Action Group, Ltd.

*BILL TO:*

HUNTON ANDREWS KURTH LLP
Attn: Mr. Jeff R. R. Nelson
550 S. Hope St., Ste. 2000
Los Angeles, CA  90071-2627

| | |
|---|---|
| Case Name: | Facebook, Inc.  v  ILikeAd Media International Company Ltd. |
| Attorney File #: | 073923.0000038 |
| Subject: | Time Frame Affidavit |
| Location: | , China |

## *CHARGES*

| Date | Service Type | Quantity | Price | Extended | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 13-Feb-2020 | Affidavit | 1 | 195.00 | 195.00 | | |
| | | Total Charges: | | 195.00 | | |
| | | Balance Due: | | | | $195.00 |

We accept Visa and Mastercard.

*Page 1 of 1*

IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS QUOTE WITH PAYMENT.
APS Federal Tax ID #41-1954233

**EXHIBIT G**



WIRE



A336400

## CHARGE VOUCHER

| | | Accounting Use ONLY: | |
|---|---|---|---|
| Date: | March 3, 2020 | Vendor # : | 030031 |
| Pay To / Credit To: | Interfor \| International | LogIn Date : | |
| Invoice Number: P3045-20 | Invoice Date: 2/28/2020 | Entry By : | TB |
| | | On Hold : | |
| Descriptive Text: | Professional Services Retainer; Research and Investigative Services. | Pay Date : | |
| | | Release : | |
| | | Session # : | 72871 |

< Vendor Checks are Mailed Directly to Address on File >

| C/M or GL Description: | C/M or GL Number: | Disbursement Code \| Description: | Amount: |
|---|---|---|---|
| Facebook | | | |
| ILikeAd (Chen Cong) | 073923.0000038 | 25 \| Investigations and Reports | 4,800.00 |
| | | | |
| | | | |
| | | | |
| | | | |

| | TOTAL: | $ | 4,800.00 |
|---|---|---|---|

| Requested By: | | | |
|---|---|---|---|
| Jeff Nelson | 23997 | 03-03-2020 | |
| | ID No. | Date | |

| Approved By: Ann Marie Mortimer | 10427 | 03-03-2020 | |
|---|---|---|---|
| ☑ See attached email. | ID No. | Date | |
| APPROVAL REQUIRED BY SIGNATURE OR EMAIL | | | |

| Prepared By: Roxana Guevara | 12232 | 03-03-2020 | Phone Ext. |
|---|---|---|---|
| | ID No. | Date | 52152 |

| Special Handling: Due upon receipt.  Please wire to Vendor Directly.  Thank you! |
|---|

Hunton Andrews Kurth LLP

**INTERFOR | International**

<u>By E-mail</u>

February 28, 2020

Jeff R. Nelson, Esq.
Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071

## Retainer Invoice
### In Reference To:
P3045-20

|  | <u>Amount</u> |
|---|---|
| For Professional Services, Retainer | USD $4,800.00 |

*Our federal ID No.: 46-5359210. All payments are
due upon receipt. A bookkeeping charge of 1.5%
of the total balance due will be charged each
month for invoices not paid in full within 30 days.*

AMSTERDAM

BOSTON

BUENOS AIRES

CARACAS

COPENHAGEN

COLOGNE

HONG KONG

LONDON

LOS ANGELES

MADRID

MEXICO CITY

MIAM

MILAN

MOSCOW

OSLO

PARIS

ROME

SAN DIEGO

STOCKHOLM

TEL AVIV

TOKYO

TORONTO

WASHINGTON DC

ZURICH

575 Madison Avenue, Suite 1006, New York, NY 10022 T. 212 605 0375 F. 212 605 0118 info@interforinc.com  www.interforinternational.com

**INTERFOR | International**

### Wire Transfer Information for Interfor International LLC

Capital One, N.A.
Trump Park Avenue Office
502 Park Avenue
New York, NY 10022

Tel: 212-980-3840

For Credit:   Interfor International LLC
Account #: 7527794263
ABA #: 021407912
Swift: NFBKUS33

Don Aviv
President

AMSTERDAM
BOSTON
BUENOS AIRES
CARACAS
COPENHAGEN
GUUGUNE
HONG KONG
LONDON
LOS ANGELES
MADRID
MEXICO CITY
MIAMI
MILAN
MOSCOW
OSLO
PARIS
ROME
SAN DIEGO
STOCKHOLM
TEL AVIV
TOKYO
TORONTO
WASHINGTON DC
ZURICH

575 Madison Avenue, Suite 1006, New York, NY 10022  T. 212 605 0375  F. 212 605 0118  info@interforinc.com   www.interforinternational.com



## CHARGE VOUCHER

| | | | |
|---|---|---|---|
| **Date:** | July 14, 2020 | | **Accounting Use ONLY:** |
| **Pay To / Credit To:** | **Interfor International** | | **Vendor # :** |
| **Invoice Number:** | IN-2393-20-01 | **Invoice Date:** | 5/22/2020 | **LogIn Date :** |
| | | | **Entry By :** |
| | | | **On Hold :** |
| **Descriptive Text:** | Professional Services Retainer: Research and Investigative Services. | | **Pay Date :** |
| | | | **Release :** |
| | | | **Session # :** |

**< Vendor Checks are Mailed Directly to Address on File >**

| C/M or GL Description: | C/M or GL Number: | Disbursement Code ǀ Description: | Amount: |
|---|---|---|---|
| Facebook | | | |
| ILikeAd (Chen Cong) | 073923.0000038 | 25 ǀ Investigations and Reports | 1,796.56 |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL:** **$** **1,796.56**

| | | |
|---|---|---|
| **Requested By:** | 23997 | 07-14-2020 |
| Jeff Nelson | **ID No.** | **Date** |

| | | |
|---|---|---|
| **Approved By:** Ann Marie Mortimer | 10427 | 07-15-2020 |
| | **ID No.** | **Date** |
| ☑ *See attached email.* | **APPROVAL REQUIRED BY SIGNATURE OR EMAIL** | |

| | | | |
|---|---|---|---|
| **Prepared By:** Mark Johnson | 23886 | 07-14-2020 | **Phone Ext.** |
| | **ID No.** | **Date** | 52161 |

**Special Handling:** Due upon receipt.  Please wire to Vendor Directly.  Thank you!

# INTERFOR | International

<u>By Email</u>     jnelson@hunton.com                    Privileged & Confidential

May 22, 2020

Jeff R. R. Nelson, Esq.
Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071

## Invoice IN-2393-20-01

In Reference to:
Chen Xiao Cong

|  | Amount |
|---|---|
| For Professional Services Rendered: | $6,000.00 |
| as per Agreement | |

Out-of-Pocket Expenses:

| | | |
|---|---|---|
| Communication/Connect Charges | 10.65 | |
| Confidential Resources | 390.00 | |
| Database/Document Retrieval | 178.41 | |
| Miscellaneous | 17.50 | |
| Total Out-of-Pocket Expenses: | | $596.56 |

Total Fees & Expenses:                                   $6,596.56

Less Retainer Received 03/13/20                          -$4,800.00

**Total Now Due:**                                       **$1,796.56**

I certify that all disbursements were incurred for the above task and are true and accurate.

_[signature]_

_____
Don Aviv, President

*Our federal ID No.: 46-5359210 Payments are due upon receipt.*

| Wire Transfer Information for Interfor International LLC | For Credit: Interfor International LLC | Note: Please convert your currency into U.S. dollars prior to the transfer. |
|---|---|---|
| Capital One, NA | Account #: 3746624092 | |
| 1680 Capital One Drive | ABA #: 021407912 (Domestic) | Tel: 212-520-3966 |
| Mclean, VA 22102  USA | ABA #: 065000090 (International) | Fax: 855-280-2120 |
| Attn: Quincy Sands | Swift: NFBKUS33 | |

AMSTERDAM
BOSTON
BUENOS AIRES
CARACAS
COPENHAGEN
COLOGNE
HONG KONG
LONDON
LOS ANGELES
MADRID
MEXICO CITY
MIAMI
MILAN
MOSCOW
OSLO
PARIS
ROME
SAN DIEGO
STOCKHOLM
TEL AVIV
TOKYO
TORONTO
WASHINGTON DC
ZURICH