# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ILIKEAD MEDIA INTERNATIONAL COMPANY LTD., HUANG TAO, and CHEN RAN CONG,<br>　　　aka "Chen Xiao Cong,"<br>　　　aka "Han Xiao Cong,"<br>　　　aka "Ran Mao Ping,"<br><br>　　　　Defendants. | CASE NO.: 3:19-CV-07971-SK<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL INFORMATION IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL MEMORANDUM FOR ATTORNEYS' FEES AND COSTS**<br><br>FAC Filed: June 5, 2020<br>Complaint Filed: December 5, 2019 |

**ORDER**

On January 25, 2022, pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Meta Platforms, Inc. (f/k/a Facebook, Inc.) ("Plaintiff") filed an Administrative Motion to Seal Confidential Information in Support of Plaintiff's Supplemental Memorandum for Attorneys' Fees and Costs.

The Court GRANTS Plaintiffs' Administrative Motion to Seal Confidential Information in Support of Plaintiff's Supplemental Memorandum for Attorneys' Fees and Costs as follows:

| Document | Page/Line/Paragraph | Ruling |
|---|---|---|
| Supplemental Declaration of Ann Marie Mortimer In Support of Plaintiff's Request For Attorneys' Fees and Costs (the "Mortimer Declaration") | Redacted portions of lines 6, 8, and 11 in paragraph 10 on page 3. | |
| Exhibit A to the Mortimer Declaration | Redacted portions of pages 1-16. | |
| Exhibit B to the Mortimer Declaration | In its entirety. | |
| Exhibit C to the Mortimer Declaration | In its entirety. | |

IT IS SO ORDERED.

Dated: January 27, 2022

_____
Sallie Kim
United States Magistrate Judge