UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> ILIKEAD MEDIA INTERNATIONAL COMPANY LTD., et al., <br><br> Defendants. | Case No. 19-cv-07971-JST <br><br> **ORDER TO FILE PROOF OF SERVICE** <br> Re: ECF No. 51 |

Magistrate Judge Sallie Kim has issued a report and recommendation regarding Plaintiff's motion for default judgment. ECF No. 51. Plaintiff shall serve that document on Defendants and file a proof of service on or before February 9, 2022.

**IT IS SO ORDERED.**

Dated: February 2, 2022



JON S. TIGAR
United States District Judge